IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SIMPLY SMART TECHNOLOGY, LLC | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:24-cv-12385 |
| | § | |
| NEXT INSURANCE, INC. | § | |
|    *Defendant.* | § | |

## **DEFENDANT'S NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF THIS COURT:

Next Insurance US Company (incorrectly sued as Next Insurance, Inc.), Defendant in the above styled and numbered cause, files this, its Notice of Removal, and would show the Court as follows:

1.    Defendant, Next Insurance US Company (incorrectly sued as Next Insurance, Inc.) has been sued in a civil action styled Cause No. 2024CH09910; *Simply Smart Technology, LLC v. Next Insurance, Inc.*; in the Cook County Circuit Court, Chancery Division, Illinois (hereafter referred to as "the State Court Action"). Plaintiff filed the Complaint in the State Court Action on November 1, 2024. Next Insurance US Company (incorrectly sued as Next Insurance) received the complaint on November 4, 2024, and at that time, it was determined that diversity jurisdiction was proper pursuant to 28 U.S.C. §1332.

2.    Next Insurance US Company files this notice of removal pursuant to the provisions of 28 U.S.C. §1441, *et. seq.*, to remove this action from the Cook County Circuit Court, Chancery Division, Illinois to the United States District Court for the Northern District of Texas, Eastern Division.

3.      Plaintiff, in its complaint, alleges that Defendant breached its contract with Plaintiff and violated 215 ILCS 5/155 of the Illinois Insurance Code.

4.      This Court has original jurisdiction over this civil action under the provisions of 28 U.S.C. §1332(a)(1) because Plaintiff is a citizen of the state of Illinois and Next Insurance US Company (incorrectly sued as Next Insurance, Inc.) is a citizen of the state of California.

5.      Based on the information contained within Plaintiff's complaint filed in State Court (Plaintiff seeks monetary relief of $250,000.00 or less), the amount in controversy in this lawsuit is in excess of $75,000, exclusive of interest and costs.

6.      Venue is proper in the Eastern Division of the Northern District of Illinois pursuant to 28 U.S.C. §1391(b)(2) because a substantial part of the events or omissions giving rise to Plaintiff's claim occurred in Cook County, Illinois. *See Exhibit B; Sys. v. Pico Art Int'l Pte, Ltd.*, No. 15 C 2930, 2015 U.S. Dist. LEXIS 82438, at *4 (N.D. Ill. 2015).

7.      In accordance with 28 U.S.C. § 1446 (a), the following are attached hereto:

- Exhibit A:      Index of Matters Being Filed;

- Exhibit B:      Plaintiff's Complaint;

- Exhibit C:      Next Insurance US Company's (incorrectly sued as Next Insurance, Inc.) Original Answer;

- Exhibit D:      State Court's Docket;

- Exhibit E:      List of all Parties and Counsel of record;

- Exhibit F:      Defendant Next Insurance US Company's Consent to Removal of Case to Federal Court; and

- Exhibit G:      Defendant Next Insurance US Company's Request for Waiver Pursuant to Local Rule 83.12.

8.      The complaint was served on Next Insurance on November 1, 2024.   This notice of removal is filed within 30 days of receipt of the petition and is timely filed under 28 U.S.C. §

1446(b). Furthermore, this notice of removal is being filed within one year of the date this action was commenced.

9.      In accordance with 28 U.S.C. §1446(d), written notice of the filing of this notice of removal will be promptly served upon all adverse parties, and a copy of this notice of removal promptly will be filed with the Clerk of the Cook County Circuit Court, Chancery Division, Illinois.

10.      Defendant Next Insurance US Company (incorrectly sued as Next Insurance) respectfully requests that this action be removed to this Court, that this Court accept jurisdiction of this action, and that this Court place this action on the docket of this Court for further proceedings as though the action originally had been instituted in this Court.

Respectfully submitted,

GAUNTT KOEN BINNEY & KIDD, LLP

By: __/s/ William G. Albee_____
          William G. Albee
          Illinois State Bar No. 6326531
25700 I-45 North, Suite 130
Spring, Texas 77386
Telephone:      281-367-6555
Facsimile:      281-367-3705
Email:      william.albee@gkbklaw.com
Counsel for Defendant
 Next Insurance US Company

## <u>CERTIFICATE OF SERVICE</u>

This pleading was served in compliance with Rule 5 Federal Rules of Civil Procedure on December 2, 2024, via facsimile, first class regular mail, certified mail, return receipt requested and/or electronically:

Adam B. Whiteman
Cook County Attorney No. 59886
ARDC: 6208515
Whiteman Law
276 E. Deerpath
Lake Forest, IL 60045
Telephone:     312-655-1000
*Attorney for Plaintiff*

*/s/ William G. Albee*
William G. Albee