# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SIMPLY SMART TECHNOLOGY, LLC | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| NEXT INSURANCE, INC. | § | |
|    *Defendant.* | § | |

## INDEX OF MATTERS BEING FILED

As required by the Local Rules, the following is a list of documents being filed with the Notice of Removal:

1. Copy of Plaintiff's Complaint;

2. Copy of Next Insurance US Company's (incorrectly sued as Next Insurance) Original Answer;

3. A copy of the state court's Docket Sheet;

4. A list of all Parties and Counsel of record;

5. Defendant Next Insurance US Company's Consent to Removal of Case to Federal Court; and

6. Defendant Next Insurance US Company's Request for Waiver Pursuant to Local Rule 83.12.