# EXHIBIT B

Case: 1:24-cv-12385 Document #: 1-1 Filed: 12/02/24 Page 2 of 127 PageID #:18

Hearing Date: <<CmsHearingStart>>
Location: <<CmsHearingResource="Location">>
Judge: <<CmsHearingResource="JudicialOfficer">>

For more information on how to find your courtroom, schedule subsequent filings
and other case information, please visit our Online Case Search
and search for your case: https://casesearch.cookcountyclerkofcourt.org

FILED
11/1/2024 12:30 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024CH09910
Calendar, 4
30036348

# COOK COUNTY CIRCUIT COURT
## CHANCERY DIVISION

SIMPLY SMART TECHNOLOGY, LLC      )
     )
v.      )
     )      2024CH09910
NEXT INSURANCE, INC.      )

## COMPLAINT

Plaintiff, Simply Smart Technology, LLC, (Simply Smart), complains against Next Insurance, Inc. (Next Insurance), as follows:

### Count I For Declaratory Relief
### Pursuant to 735 ILCS 5/2-701

1. Simply Smart is an Illinois based limited liability company which, at all relevant times, leased commercial space on the premises located at 1890 N. Milwaukee Ave., Suite 1A, Chicago IL 60647 (Commercial Unit).

2. Next Insurance is a foreign corporation that maintains a registered agent of Illinois Corporation Service Company, 801 Adlai Stevenson Drive, Springfield, IL 62703.

3. On or about 5/1/2024, Simply Smart was the named insured under a commercial property coverage policy with Next Insurance identified as Policy Number: NXTCKWKYLL-00-CP. A copy of the policy is attached as **Ex. 1**. (Policy)

4. The Policy constituted a contract between Simply Smart and Next.

5. Simply Smart is a tenant of the premises. A copy of Simply Smart lease agreement is attached as **Ex 2**. Paragraph 12 of the Lease places the responsibility of the cost for such improvements on the tenant.

6. On 5/1/2024, a plumber hired by a residential condominium unit owner located above Simply Smart punctured a sewer line located above Simply Smart's Commercial Unit causing sewerage to pour into the ceiling and throughout the Commercial Unit.

7. Simply Smart had installed tenant improvements and betterments on the property at a cost of $22,409.00 (**Ex 3**) which items were destroyed by the incident.

8. Under the Property Loss Condition Paragraph E.5.d.(3)(b), building coverage is provided for tenant improvements and betterments.

9. Section 1 of the Policy provides $20,000.00 of business personal property coverage.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

10. for these items, at a minimum, Next should tender payment of $20,000.00.

11. Attached as **Exhibit 4** is a true and correct copy of an email from Next Insurance reflecting its failure and refusal to provide any coverage under the Policy.

WHEREFORE, Simply Smart requests the following:

A. A declaratory judgment in favor of Simply Smart and against Next insurance providing that the Policy provides coverage to Simply Smart in the amount of $20,000.00.

## COUNT II
## Breach of Contract

1-11. Simply Smart hereby incorporates paragraphs 1-11 of Count I as paragraphs 1-11 of this Count II.

12. Next Insurance breached the policy by refusing to pay Simply Smart as required under the terms of the Policy.

Simply Smart has been damaged in the amount of $20,000.00.

WHEREFORE, Simply Smart requests the following:

A. Judgment against Next Insurance in the amount of $20,000.00.

## Count III
## Violation of 215 ILCS 5/155 of the Illinois Insurance Code

1-11. Simply Smart hereby incorporates paragraphs 1-11 of Count I above as paragraphs 1-11 of this Count III.

13. Simply Smart violated Section 215 ILCS 5/155 of the Illinois Insurance Code through its bad faith denial of Simply Smart's claim.

14. On 5/1/24, a plumbing company under the name of B.E. Leak Free came to service a plumbing line for a residential unit located above the ceiling of Simply Smart's Commercial Unit. A true and correct copy of the invoice for this work is attached as **Exhibit 5**.

15. Later that day, Simply Smart found sewerage had drained into the Commercial Unit and contacted Four Seasons Plumbing who found that the rodding done by B.E. Leak Free had caused a puncture in the sewerage line which was the cause of the sewerage leaking into the Commercial Unit. Attached as **Exhibit 6** is a true and correct copy of the invoice from Four Seasons.

16. Simply Smart thereafter filed a claim with Next Insurance under the Policy.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

17. On 5/2/2024, Simply Smart received an email from Next Insurance assigning claim number NXT-ILCP-QHLJWL to the claim. (**Ex. 7**)

18. On May 3, 2024, a Next Insurance claims advocate (Wendy Dye) wrote a letter stating:

> "After reviewing your policy, we have determined that your insurance does not cover your claim for water damage…Your commercial property policy excludes water damage that backs up or overflows or is otherwise discharged from a sewer or drain. The policy also excludes coverage for damages caused by water if the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs." (**Ex. 8**)

19. On May 4, 2024, Simply Smart wrote an email to Ms. Dye disputing her assertions. (**Ex. 9**)

20. On May 6, 2024, Ms. Dye clarified and reiterated by way of a letter that "your claim was denied due to the policy's exclusion for water damage resulting from a drain line leak." (**Ex. 10**)

21. Ms. Dye's letter of May 6, 2024, contains materially false representations. Specifically, the policy does not have any language that excludes "water damage resulting from a drain line leak". Section I.B.1.g(3) for Exclusions indicates that Next Insurance will not pay for loss or damage caused by:

> "Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;"

22. In her letter of May 6, 2024, Ms. Dye inserts the word "line" in stating what is not covered. The Policy does not exclude coverage relating to a "drain line". It only excludes "discharge from a … drain".

23. By adding the word "line", Ms. Dye has materially altered the actual policy language.

24. Ms. Dye also claims that the denial was a result of "water damage". However, the damage was caused by sewerage, not just water.

25. Ms. Dye claims that the damage resulted from a 'leak' when in reality it resulted from the breach of a pipe by a plumber, not a leak. The exclusionary language cited by Ms. Dye does not exclude a punctured pipe from coverage.

26. On June 12, 2024, Simply Smart caused a letter to be sent to Ms. Dye explaining her misstatement of the policy language and facts. (**Ex. 11**).

27. Next Insurance did not respond to the letter of June 12, 2024.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

28. Simply Smart registered a complaint with the Illinois Department of Insurance. On August 25, 2024, Next Insurance wrote a response to this complaint. (**Ex 12**) That response contains inaccurate statements.

    a. Paragraph 3 of the response states that the loss stemmed "from a burst sewage pipe". This is a false statement. A pipe did not burst. It was punctured by a plumber.

    b. The letter then states that this resulted in "water damage". This is not accurate. The puncture resulted in sewage damage.

29. Under the Policy, the definition of water damage requires that the damage be "the direct result of the breaking apart or cracking of a water or sewer pipe…if the breakage or cracking is caused by wear and tear." (H.12.c.)

30. This situation was not wear and tear. It was an active sudden breach caused by a plumber.

31. On Page 2 of **Exhibit 12**, Next Insurance states that the "The Insured's Commercial Property policy does not include building coverage." This is not a correct statement. Under the Property Loss Condition Paragraph E.5.d.(3)(b), building coverage is provided for tenant improvements and betterments.

32. On October 25, 2024, Next reiterated its position (without citing any particular provisions of the Policy) that "there is no limit for building coverage, the property was vacant at the time of the water damage, the loss was alleged to have been caused by the negligent work of a plumber, and the loss is excluded by the water exclusion." A true and correct copy of a letter sent by Next is attached as **Exhibit 4**.

33. Next Insurance did not conduct any independent investigation of the cause of incident leading to the sewerage flowing into the Commercial Unit.

34. Next Insurance did not inspect or evaluate the damage or the Property.

35. Next insurance did not contact B.E. Leak Free to find out how the incident occurred.

36. Next Insurance did not contact Four Seasons Plumbing to determine how the incident occurred.

37. Next Insurance did not gather any actual evidence to justify its determination not to cover the claim.

38. In Illinois, an insurance company will be found to be acting in bad faith when it shows "failure to adequately investigate a claim or denial of the claim without adequate supporting evidence; failure to evaluate a claim objectively; interpreting policy provisions in an unreasonable manner;..." *Emerson v. American Bankers Ins. Co. of Florida*, 585 N.E.2d 1315, 1320-1321 (Ill. App. 1992).

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

39. Next Insurance failed to adequately investigate Simply Smart's claim, it has issued a denial without adequate supporting evidence, it has failed to evaluate the claim objectively and it has interpreted the Policy in an unreasonable manner.

40. According to 215 ILCS 5/155(1): "In any action by or against a company wherein there is an issue of liability of a company on a policy…of insurance or the amount of the loss payable thereunder…and it appears that such action…is vexatious and unreasonable, the court may allow as part of the taxable costs in the action reasonable attorney fees, other costs, plus an amount not to exceed any one of the following amounts:…(b) $60,000…"

41. Next Insurance's denial of Simply Smart's claim is vexatious and unreasonable.

WHEREFORE, Simply Smart requests:

A. Judgment against Next Insurance in the amount of $20,000, plus attorney fees plus $60,000 in statutory damages.

Respectfully submitted,

/s/ Adam B. Whiteman/
Plaintiff's Attorney

Adam Whiteman | **Whiteman Law**
276 E. Deerpath, Lake Forest, IL 60045
(312) 655-1000
Adam@WhitemanLaw.com
Cook County Attorney No. 59886
ARDC: 6208515

# EXHIBIT 1

FILED DATE: 11/1/2024 12:30 PM    2024CH09910



FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**POLICY DOCUMENTS**

# HELLO!

Enclosed you will find the policy documents that make up your insurance contract. Please read through all of these documents. If you have any questions or need to update any of your information, please contact us.



### A few key insurance terms to help navigate these documents

- Declarations: States that your business is the named insured and specifies limits.
- Policy: The formal contract issued by the insurance company.
- Endorsements: Included "extras" in the policy.
- Exclusions: What is not covered in the policy.

### Need to file a claim?

We are here to assist and protect your interests. Please report a claim as soon as an incident occurs, even if you're not at fault.

Login to the customer portal or contact support and share your details about the claim.

✉ support@nextinsurance.com      📞 (855) 222 - 5919      🔗 nextinsurance.com      📍 PO Box 60787, Palo Alto, CA 94306

# SIGNATURE PAGE

**I**n Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

_____
(signature)
Secretary

_____
(signature)
President

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

NXT-0001 IL 10 17

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

# NEXT INSURANCE US COMPANY
## (a stock insurance company)

251 Little Falls Drive
Wilmington, DE 19808
(855) 222-5919

## COMMERCIAL PROPERTY COVERAGE FORM DECLARATIONS

**POLICY NUMBER:** NXTCKWKYLL-00-CP

**Named Insured and Mailing Address:** Erin Kelley
Simply Smart Technology LLC
1890 N Milwaukee Ave Ste 1
Chicago, IL 60647

| Policy Period: | From: 03/08/2024 | To: 03/08/2025 |
|---|---|---|
| | at 12:01 a.m. standard time at the mailing address shown above | |

**DESCRIPTION OF BUSINESS:** IT Consulting or Programming

**THIS DOCUMENT AND YOUR POLICY CONTRACT DEFINE OUR INSURING AGREEMENT. IN RETURN FOR THE PAYMENT OF PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

| Premise Information | | |
|---|---|---|
| **Premise Number** | **Building Number** | **Premise Address** |
| 001 | 001 | 1890 N Milwaukee Ave Ste 1, Chicago, IL 60647 |
| | | |
| | | |
| | | |
| **Premise Number** | **Building Number** | **Lienholder Name** | **Lienholder Address** |
| | | | |
| | | | |

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

**Section I - Property**

**Property Coverage Limits of Insurance**

| Premise Number | Building Number | Building Limit of Insurance | Business Personal Property Limit of Insurance | Actual Cash Value of Building Option (Yes or No) | Seasonal Increase Percentage - Business Personal Property | Building Limit- Automatic Annual Increase (Percentage) | Equipment Breakdown Limit of Insurance |
|---|---|---|---|---|---|---|---|
| 001 | 001 |  | $20,000.00 |  | 25% |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

**Property Coverage Deductibles**

| Property Deductible | Windstorm or Hail % Deductible | Optional Coverage Deductible (other than Equipment Breakdown Protection Coverage) |
|---|---|---|
| $500.00 | 5% | $500.00 |
|  |  |  |

| **Optional Coverage – Equipment Breakdown Protection Coverage Deductible** | |
|---|---|
| Location: | |
|  | |
| Optional Deductible: | Optional Revised Time Deductible: |

FILED DATE: 11/1/2024 12:30 PM 2024CH09910

## Coverage Information

| Theft Sublimit | Limit of Insurance | Deductible |
|---|---|---|
| Furs, Fur Garments and Garments Trimmed with Fur | $2,500.00 | Property |
| Jewelry, Watches, Watch Movements, Jewels, Pearls, Precious and Semiprecious Stones, Bullion, Gold, Silver, Platinum and Other Precious Alloys or Metals | $2,500.00 | Property |
| Patterns, Dies, Molds and Forms | $2,500.00 | Property |

| Premise Number | Additional Coverages | Limit of Insurance/Extended Number of Days | Deductible |
|---|---|---|---|
| 001 | Debris Removal | 25%/$25000/$5000 | Property |
| 001 | Preservation of Property | 30 Days | Property |
| 001 | Fire Department Service Charge | $2,500.00 | No Deductible |
| 001 | Business Income – Extended Number of Days for Ordinary Payroll Expenses | 60 Days | 72 Hours |
| 001 | Pollutant Clean-up and Removal | $10,000.00 | Property |
| 001 | Civil Authority | 4 Weeks | 72 Hours |
| 001 | Money Orders and Counterfeit Money | $1,000.00 | Property |
| 001 | Forgery or Alteration | $2,500.00 | Optional |
| 001 | Increased Cost of Construction | | Property |
| 001 | Business Income from Dependent Properties | $5,000.00 | 72 Hours |
| 001 | Fire Extinguisher Systems Recharge Expense | $5,000.00 | No Deductible |
| 001 | Fine Arts | | Property |
| 001 | Electronic Data | | |
| 001 | Interruption of Computer Operations | | |

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

| 001 | Limited Coverage for Fungi, Wet Rot or Dry Rot | $15,000.00 | Property Deductible |
| 001 | Extended Business Income – Extended Number of Days | 60 Days | No Deductible |

| Coverages Extensions | Limit of Insurance | Deductible |
| --- | --- | --- |
| Newly Acquired or Constructed Property – Building | | Property |
| Newly Acquired or Constructed Property – Business Personal Property | $100,000.00 | Property |
| Personal Property Off-premises | $10,000.00 | Property |
| Outdoor Property – Fences, Antennas, Signs (not attached to buildings) | $2,500.00 | Property |
| Outdoor Property – Tree, Shrub or Plant | $1,000.00 | Property |
| Personal Effects | $2,500.00 | Property |
| Valuable Papers and Records (on premises/off premises) | $10000/$5000 | Property |
| Accounts Receivable (on premises/off premises) | $10000/$5000 | Property |
| Business Personal Property Temporarily In Portable Storage Units | $10,000.00 | Property |

| Optional Coverages | Limit of Insurance | Deductible |
| --- | --- | --- |
| Outdoor signs | | Optional |
| Money and Securities (on premises/off premises) | | Optional |
| Employee Dishonesty | | Optional |

| Endorsement Limits | Limit of Insurance | Deductible |
| --- | --- | --- |
| Bailees' Customers Goods – Per Occurrence/Annual Aggregate/Theft | | Property |
| Animal Bailees | | Property |

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

| Loss or Damage to Customer's Auto | | |
|---|---|---|

**Discounts applied to the policy:**

| Policy Premium: | $241.00 |
|---|---|
| Policy Premium includes Premium Taxes, Surcharges and Fees | |

| Policy Forms and Endorsements that apply to this policy | |
|---|---|
| **Description** | **Form Number** |
| Cover Page | NXT-0003 IL 0921 |
| Signature Page | NXT-0001 IL 1017 |
| Exclusion of Certified Acts of Terrorism | IL 09 53 01 15 |
| Terrorism Disclosure | NXUS-CP-8001.1-0817 |
| US Treasury Departments Office of Foreign Assets Control (OFAC) Advisory Notice to Policyholders | IL P 001 01 04 |

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

| Commercial Property Coverage Form Declarations | NXUS-CP-0001.3-1222 |
| Property Coverage Form | NXUS-CP-1001.3-0320 |
| Property Common Policy Conditions | NXUS-CP-1003.1-0219 |
| Windstorm or Hail Percentage Deductible | NXUS-CP-2011.1-0419 |
| Exclusion of Loss Due to By-Products of Production or Processing Ops (Rental Properties) | NXUS-CP-2050.1-0419 |
| Condo Commercial Unit-Owner Coverage | NXUS-CP-2059.1-0419 |
| Exclusion - Designated Projects or Operations | NXUS-CP-2083.1-0123 |
| Exclusion - Structural Changes | NXUS-CP-2084.1-0123 |
| Cannabis Property Exclusion | NXUS-CP-2087.1-0123 |
| Cyber Incident Exclusion | NXUS-CP-2088.1-0123 |
| Illinois Changes | NXUS-CP-2066.1-IL-0120 |
| Illinois Notice and Waiver of Mine Subsidence Coverage | NXUS-0003 IL IL 0218 |
| Illinois Consumer Complaint Notice | NXUS-CP-8002.2-IL-0520 |

| Countersignature of Authorized Representative | |
|---|---|
| **Name:** Ann Ryan | |
| **Title:** Designated Responsible Licensed Producer | |
| **Signature:** *Ann Ryan* | |
| **Date:** 03/08/2024 | |

**NOTE:** Officers' facsimile signatures may be inserted here, on the policy cover or elsewhere at the company's option.

# PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Form, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Paragraph **H.** Property Definitions.

## SECTION I - PROPERTY

### A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

   **1. Covered Property**

     Covered Property includes Buildings as described under Paragraph **a.** below, Business Personal Property as described under Paragraph **b.** below, or both, depending on whether a Limit Of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under Paragraph **2.** Property Not Covered.

     **a.** Buildings, meaning the buildings and structures at the premises described in the Declarations, including:

       **(1)** Completed additions;

       **(2)** Fixtures, including outdoor fixtures;

       **(3)** Permanently installed:

         **(a)** Machinery; and

         **(b)** Equipment;

       **(4)** Your personal property in apartments, rooms or common areas furnished by you as landlord;

       **(5)** Personal property owned by you that is used to maintain or service the buildings or structures or the premises, including:

         **(a)** Fire extinguishing equipment;

         **(b)** Outdoor furniture;

         **(c)** Floor coverings; and

         **(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

       **(6)** If not covered by other insurance:

         **(a)** Additions under construction, alterations and repairs to the buildings or structures;

         **(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

     **b.** Business Personal Property located in or on the buildings or structures at the described premises or in the open (or in a vehicle) within 100 feet of the buildings or structures or within 100 feet of the premises described in the Declarations, whichever distance is greater, including:

FILED DATE: 11/1/2024 12:30 PM 2024CH09910

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**(1)** Property you own that is used in your business;

**(2)** Property of others that is in your care, custody or control, except as otherwise provided in Loss Payment Property Loss Condition Paragraph **E.5.d.(3)(b)**;

**(3)** Tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

    **(a)** Made a part of the building or structure you occupy but do not own; and

    **(b)** You acquired or made at your expense but cannot legally remove;

**(4)** Leased personal property which you have a contractual responsibility to insure, unless otherwise provided for under Paragraph **1.b.(2)**; and

**(5)** Exterior building glass, if you are a tenant and no Limit Of Insurance is shown in the Declarations for Building property. The glass must be owned by you or in your care, custody or control.

## 2. Property Not Covered

Covered Property does not include:

**a.** Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

**b.** "Money" or "securities" except as provided in the:

    **(1)** Money And Securities Optional Coverage; or

    **(2)** Employee Dishonesty Optional Coverage;

**c.** Contraband, or property in the course of illegal transportation or trade;

**d.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**e.** Outdoor fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than trees, shrubs or plants which are part of a vegetated roof), all except as provided in the:

    **(1)** Outdoor Property Coverage Extension; or

    **(2)** Outdoor Signs Optional Coverage;

**f.** Watercraft (including motors, equipment and accessories) while afloat;

**g.** Accounts, bills, food stamps, other evidences of debt, accounts receivable or "valuable papers and records"; except as otherwise provided in this policy;

**h.** "Computer(s)" which are permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other vehicle subject to motor vehicle registration. This paragraph does not apply to "computer(s)" while held as "stock";

**i.** "Electronic data", except as provided under Additional Coverages – Electronic Data. This Paragraph i. does not apply to your "stock" of prepackaged software or to "electronic data" which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system; or

**j.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings.

## 3. Covered Causes Of Loss

Direct physical loss unless the loss is excluded or limited under this Property Coverage.

## 4. Limitations

**a.** We will not pay for loss of or damage to:

FILED DATE: 11/1/2024 12:30 PM 2024CH09910

**(1)** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**(2)** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**(3)** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property. This limitation does not apply to the Optional Coverage for Money and Securities.

**(4)** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**(5)** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

    **(a)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

    **(b)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**(6)** Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

    **(a)** Dampness or dryness of atmosphere or of soil supporting the vegetation;

    **(b)** Changes in or extremes of temperature;

    **(c)** Disease;

    **(d)** Frost or hail; or

    **(e)** Rain, snow, ice or sleet.

**b.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**(1)** Animals, and then only if they are killed or their destruction is made necessary.

**(2)** Fragile articles such as glassware, statuary, marble, chinaware and porcelain, if broken. This restriction does not apply to:

    **(a)** Glass that is part of the exterior or interior of a building or structure;

    **(b)** Containers of property held for sale; or

    **(c)** Photographic or scientific instrument lenses.

**c.** For loss or damage by theft, the following types of property are covered only up to the limits shown (unless a higher Limit of Insurance is shown in the Declarations):

**(1)** The amount shown in the Declarations for furs, fur garments and garments trimmed with fur.

**(2)** The amount shown in the Declarations for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**(3)** The amount shown in the Declarations for patterns, dies, molds and forms.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**5. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2)**, **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this policy;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4),** the following provisions apply:

**(a)** The most that we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to Paragraph **(3)(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000.

**(4)** We will pay up to $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if Paragraphs **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

**Example 1**

| | | |
|---|---|---|
| Limit of Insurance | $ | 90,000 |
| Amount of Deductible | $ | 500 |

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

| Amount of Loss | $ 50,000 |
| Amount of Loss Payable | $ 49,500 |
| | ($50,000 – $500) |
| Debris Removal Expense | $ 10,000 |
| Debris Removal Expense Payable | $ 10,000 |
| | ($10,000 is 20% of $50,000) |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $    500 |
| Amount of Loss | $ 80,000 |
| Amount of Loss Payable | $ 79,500 |
| | ($80,000 – $500) |
| Debris Removal Expense | $ 40,000 |
| Debris Removal Expense Payable | |
| Basic Amount | $ 10,500 |
| Additional Amount | $ 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4),** because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4).** Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within the number of days shown in the Declarations after the property is first moved.

FILED DATE: 11/1/2024 12:30 PM    2024CH09910

**c.  Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to the amount shown in the Declarations for service at each premises described in the Declarations, unless a different limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)**  Assumed by contract or agreement prior to loss; or

**(2)**  Required by local ordinance.

**d.  Collapse**

The coverage provided under this Additional Coverage – Collapse applies only to an abrupt collapse as described and limited in Paragraphs **d.(1)** through **d.(7).**

**(1)**  For the purpose of this Additional Coverage – Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**(2)**  We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this policy or that contains Covered Property insured under this policy, if such collapse is caused by one or more of the following:

**(a)**  Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**(b)**  Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**(c)**  Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**(d)**  Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(i)**  A cause of loss listed in Paragraph **(2)(a)** or **(2)(b);**

**(ii)**  One or more of the "specified causes of loss";

**(iii)**  Breakage of building glass;

**(iv)**  Weight of people or personal property; or

**(v)**  Weight of rain that collects on a roof.

**(3)**  This Additional Coverage – Collapse does **not** apply to:

**(a)**  A building or any part of a building that is in danger of falling down or caving in;

**(b)**  A part of a building that is standing, even if it has separated from another part of the building; or

**(c)**  A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(4)**  With respect to the following property:

**(a)**  Awnings;

**(b)**  Gutters and downspouts;

**(c)**  Yard fixtures;

**(d)**  Outdoor swimming pools;

FILED DATE: 11/1/2024 12:30 PM    2024CH09910

**(e)** Piers, wharves and docks;

**(f)** Beach or diving platforms or appurtenances;

**(g)** Retaining walls; and

**(h)** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in Paragraphs **(2)(a)** through **(2)(d)**, we will pay for loss or damage to that property only if such loss or damage is a direct result of the abrupt collapse of a building insured under this policy and the property is Covered Property under this policy.

**(5)** If personal property abruptly falls down or caves in and such collapse is not the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**(a)** The collapse of personal property was caused by a cause of loss listed in Paragraphs **(2)(a)** through **(2)(d)** of this Additional Coverage;

**(b)** The personal property which collapses is inside a building; and

**(c)** The property which collapses is not of a kind listed in Paragraph **(4)**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **(5)** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**(6)** This Additional Coverage – Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(7)** This Additional Coverage – Collapse will not increase the Limits of Insurance provided in this policy.

**(8)** The term Covered Cause of Loss includes the Additional Coverage – Collapse as described and limited in Paragraphs **d.(1)** through **d.(7)**.

**e. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect that caused the loss or damage, but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**(1)** Results in discharge of any substance from an automatic fire protection system; or

**(2)** Is directly caused by freezing.

**f. Business Income**

**(1) Business Income**

**(a)** We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises mean:

**(i)** The portion of the building which you rent, lease or occupy;

FILED DATE: 11/1/2024 12:30 PM    2024CH09910

**(ii)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(iii)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

**(b)** We will only pay for loss of Business Income that you sustain during the "period of restoration" and that occurs within 12 consecutive months after the date of direct physical loss or damage. We will only pay for ordinary payroll expenses for the number of days shown in the Declaration following the date of direct physical loss or damage.

**(c)** Business Income means the:

**(i)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; and

**(ii)** Continuing normal operating expenses incurred, including payroll.

**(d)** Ordinary payroll expenses:

**(i)** Means payroll expenses for all your employees except:

   **i.** Officers;

   **ii.** Executives;

   **iii.** Department Managers;

   **iv.** Employees under contract; and

   **v.** Additional Exemptions shown in the Declarations as:

      ● Job Classifications; or

      ● Employees.

**(ii)** Include:

   **i.** Payroll;

   **ii.** Employee benefits, if directly related to payroll;

   **iii.** FICA payments you pay;

   **iv.** Union dues you pay; and

   **v.** Workers' compensation premiums.

**(2) Extended Business Income**

**(a)** If the necessary suspension of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(i)** Begins on the date property except finished stock is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(ii)** Ends on the earlier of:

   **i.** The date you could restore your "operations", with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage had occurred; or

   **ii.** The number of consecutive days shown in the Declarations after the date determined in Paragraph **(a)(i)** above

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

**(b)** Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(3)** With respect to the coverage provided in this Additional Coverage, suspension means:

**(a)** The partial slowdown or complete cessation of your business activities; or

**(b)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**(4)** This Additional Coverage is not subject to the Limits of Insurance.

**g. Extra Expense**

**(1)** We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises mean:

**(a)** The portion of the building which you rent, lease or occupy;

**(b)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(c)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

**(2)** Extra Expense means expense incurred:

**(a)** To avoid or minimize the suspension of business and to continue "operations":

**(i)** At the described premises; or

**(ii)** At replacement premises or at temporary locations, including relocation expenses, and costs to equip and operate the replacement or temporary locations.

**(b)** To minimize the suspension of business if you cannot continue "operations".

**(c)** To:

**(i)** Repair or replace any property; or

**(ii)** Research, replace or restore the lost information on damaged "valuable papers and records";

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or Additional Coverage **f.** Business Income.

**(3)** With respect to the coverage provided in this Additional Coverage, suspension means:

**(a)** The partial slowdown or complete cessation of your business activities; or

**(b)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**(4)** We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

### h. Pollutant Clean-up And Removal

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay for each location under this Additional Coverage is the amount shown in the Declarations for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

### i. Civil Authority

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin after the number of hours shown in the Declarations after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for necessary Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(1)** Four consecutive weeks after the date of that action; or

**(2)** When your Civil Authority Coverage for Business Income ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage. The Civil Authority Additional Coverage is not subject to the Limits of Insurance.

### j. Money Orders And "Counterfeit Money"

We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

**(1)** Money orders issued by any post office, express company or bank that are not paid upon presentation; or

**(2)** "Counterfeit money" that is acquired during the regular course of business.

The most we will pay for any loss under this Additional Coverage is the amount shown in the Declarations.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**k. Forgery Or Alteration**

    **(1)** We will pay for loss resulting directly from forgery or alteration of any check, draft, promissory note, bill of exchange or similar written promise of payment in "money" that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

    **(2)** If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

    **(3)** For the purpose of this coverage, check includes a substitute check as defined in the Check Clearing for the 21st Century Act and will be treated the same as the original it replaced.

    **(4)** The most we will pay for any loss, including legal expenses, under this Additional Coverage is the amount shown in the Declarations.

**l. Increased Cost Of Construction**

    **(1)** This Additional Coverage applies only to buildings insured on a replacement cost basis.

    **(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in Paragraphs **(3)** through **(9)** of this Additional Coverage.

    **(3)** The ordinance or law referred to in Paragraph **(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

    **(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

        **(a)** You were required to comply with before the loss, even when the building was undamaged; and

        **(b)** You failed to comply with.

    **(5)** Under this Additional Coverage, we will not pay for:

        **(a)** The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot; or

        **(b)** Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet rot or dry rot.

    **(6)** The most we will pay under this Additional Coverage, for each described building insured under this Property Coverage, is the amount shown in the Declarations. If a damaged building(s) is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for each damaged building, is the amount shown in the Declarations.

The amount payable under this Additional Coverage is additional insurance.

    **(7)** With respect to this Additional Coverage:

        **(a)** We will not pay for the Increased Cost of Construction:

            **(i)** Until the property is actually repaired or replaced, at the same or another premises; and

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

       **(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

    **(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the same premises.

    **(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the new premises.

  **(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such exclusion would conflict with the provisions of this Additional Coverage.

  **(9)** The costs addressed in the Loss Payment Property Loss Condition do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in Paragraph **(6)** of this Additional Coverage, is not subject to such limitation.

**m. Business Income From Dependent Properties**

  **(1)** We will pay for the actual loss of Business Income you sustain due to physical loss or damage at the premises of a dependent property or secondary dependent property caused by or resulting from any Covered Cause of Loss.

    However, this Additional Coverage does not apply when the only loss at the premises of a dependent property or secondary dependent property is loss or damage to "electronic data", including destruction or corruption of "electronic data". If the dependent property or secondary dependent property sustains loss or damage to "electronic data" and other property, coverage under this Additional Coverage will not continue once the other property is repaired, rebuilt or replaced.

    The most we will pay under this Additional Coverage is the amount shown in the Declarations.

  **(2)** We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume "operations", in whole or in part, by using any other available:

    **(a)** Source of materials; or

    **(b)** Outlet for your products.

  **(3)** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

  **(4)** Dependent property means property owned by others whom you depend on to:

    **(a)** Deliver materials or services to you, or to others for your account. But services does not mean water supply services, wastewater removal services, communication supply services or power supply services;

    **(b)** Accept your products or services;

    **(c)** Manufacture your products for delivery to your customers under contract for sale; or

    **(d)** Attract customers to your business.

    The dependent property must be located in the coverage territory of this policy.

  **(5)** Secondary dependent property means an entity which is not owned or operated by a dependent property and which:

    **(a)** Delivers materials or services to a dependent property, which in turn are used by the dependent property in providing materials or services to you; or

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**(b)** Accepts materials or services from a dependent property, which in turn accepts your materials or services.

A road, bridge, tunnel, waterway, airfield, pipeline or any other similar area or structure is not a secondary dependent property.

Any property which delivers any of the following services is not a secondary dependent property with respect to such services:

**(i)** Water supply services;

**(ii)** Wastewater removal services;

**(iii)** Communication supply services; or

**(iv)** Power supply services.

The secondary dependent property must be located in the coverage territory of this policy.

**(6)** The coverage period for Business Income under this Additional Coverage:

**(a)** Begins 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the dependent property or secondary dependent property; and

**(b)** Ends on the date when the property at the premises of the dependent property or secondary dependent property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

**(7)** The Business Income coverage period, as stated in Paragraph (6), does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

**(a)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(b)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not reduce the Business Income coverage period.

**(8)** The definition of Business Income contained in the Business Income Additional Coverage also applies to this Business Income From Dependent Properties Additional Coverage.

**n. Glass Expenses**

**(1)** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**(2)** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

**o. Fire Extinguisher Systems Recharge Expense**

**(1)** We will pay:

**(a)** The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 100 feet of the described premises; and

**(b)** For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

**(2)** No coverage will apply if the fire extinguishing system is discharged during installation or testing.

**(3)** The most we will pay under this Additional Coverage is the amount shown in the Declarations in any one occurrence.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**p. Electronic Data**

**(1)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore "electronic data" which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that "electronic data" is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the "electronic data" was stored, with blank media of substantially identical type.

**(2)** The Covered Causes of Loss applicable to Business Personal Property include a computer virus, harmful code or similar instruction introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

**(3)** The most we will pay under this Additional Coverage – Electronic Data for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved, is the amount shown in the Declarations. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in, but not after, that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**(4)** This Additional Coverage does not apply to your "stock" of prepackaged software, or to "electronic data" which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**q. Interruption Of Computer Operations**

**(1)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a suspension of "operations" caused by an interruption in computer operations due to destruction or corruption of "electronic data" due to a Covered Cause of Loss.

**(2)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** Coverage under this Additional Coverage – Interruption Of Computer Operations is limited to the "specified causes of loss" and Collapse.

**(b)** If the Property Coverage Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage.

**(c)** The Covered Causes of Loss include a computer virus, harmful code or similar instruction introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**(3)** The most we will pay under this Additional Coverage – Interruption Of Computer Operations for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved, is the amount shown in the Declarations. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(4)** This Additional Coverage – Interruption Of Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in (3) above has not been exhausted.

**(5)** Coverage for Business Income does not apply when a suspension of "operations" is caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under Paragraphs **(1)** through **(4)** of this Additional Coverage.

**(6)** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a suspension of "operations" caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under Paragraphs **(1)** through **(4)** of this Additional Coverage.

**(7)** This Additional Coverage does not apply when loss or damage to "electronic data" involves only "electronic data" which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**r. Limited Coverage For "Fungi", Wet Rot Or Dry Rot**

**(1)** The coverage described in Paragraphs **r.(2)** and **r.(6)** only applies when the "fungi", wet rot or dry rot is the result of a "specified cause of loss" other than fire or lightning that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**(2)** We will pay for loss or damage by "fungi", wet rot or dry rot. As used in this Limited Coverage, the term loss or damage means:

**(a)** Direct physical loss or damage to Covered Property caused by "fungi", wet rot or dry rot, including the cost of removal of the "fungi", wet rot or dry rot;

**(b)** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet rot or dry rot; and

**(c)** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet rot or dry rot is present.

**(3)** The coverage described under this Limited Coverage is limited to the amount shown in the Declarations. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungi", wet rot or dry rot, we will not pay more than the total of the amount shown in the Declarations even if the "fungi", wet rot or dry rot continues to be present or active, or recurs, in a later policy period.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**(4)** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungi", wet rot or dry rot, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungi", wet rot or dry rot, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet rot or dry rot causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**(5)** The terms of this Limited Coverage do not increase or reduce the coverage provided under the Water Damage, Other Liquids, Powder Or Molten Material Damage or Collapse Additional Coverages.

**(6)** The following applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the suspension of "operations" satisfies all the terms and conditions of the applicable Business Income and/or Extra Expense Additional Coverage:

**(a)** If the loss which resulted in "fungi", wet rot or dry rot does not in itself necessitate a suspension of "operations", but such suspension is necessary due to loss or damage to property caused by "fungi", wet rot or dry rot, then our payment under the Business Income and/or Extra Expense Additional Coverages is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**(b)** If a covered suspension of "operations" was caused by loss or damage other than "fungi", wet rot or dry rot, but remediation of "fungi", wet rot or dry rot prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**6. Coverage Extensions**

In addition to the Limits of Insurance, you may extend the insurance provided by this policy as provided below.

Except as otherwise provided, the following extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Buildings, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at premises other than the one described, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is the amount shown in the Declarations at each building.

**(2) Business Personal Property**

If this policy covers Business Personal Property, you may extend that insurance to apply to:

**(a)** Business Personal Property, including such property that you newly acquire, at any location you acquire; or

**(b)** Business Personal Property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

This Extension does not apply to personal property that you temporarily acquire in the course of installing or performing work on such property or your wholesale activities.

The most we will pay for loss or damage under this Extension is the amount shown in the Declarations at each building.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as Covered Property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as Covered Property.

**b. Personal Property Off-premises**

You may extend the insurance provided by this policy to apply to your Covered Property, other than "money" and "securities", "valuable papers and records" or accounts receivable, while it is in the course of transit or at a premises you do not own, lease or operate. The most we will pay for loss or damage under this Extension is the amount shown in the Declarations.

**c. Outdoor Property**

You may extend the insurance provided by this policy to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants (other than trees, shrubs or plants which are part of a vegetated roof), including debris removal expense. Loss or damage must be caused by or result from any of the following causes of loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is the amount shown in the Declarations, but not more than $1,000 for any one tree, shrub or plant.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**d. Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or "members", your "managers" or your employees, including temporary or leased employees. This extension does not apply to:

**(1)** Tools or equipment used in your business; or

**(2)** Loss or damage by theft.

The most we will pay for loss or damage under this Extension is the amount shown in the Declarations at each described premises.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**e. Valuable Papers And Records**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage to "valuable papers and records" that you own, or that are in your care, custody or control, caused by or resulting from a Covered Cause of Loss. This Coverage Extension includes the cost to research, replace or restore the lost information on "valuable papers and records" for which duplicates do not exist.

**(2)** This Coverage Extension does not apply to:

**(a)** Property held as samples or for delivery after sale; and

**(b)** Property in storage away from the premises shown in the Declarations.

**(3)** The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is the amount shown in the Declarations.

For "valuable papers and records" not at the described premises, the most we will pay is the amount shown in the Declarations.

**(4)** Loss or damage to "valuable papers and records" will be valued at the cost of restoration or replacement of the lost or damaged information. To the extent that the contents of the "valuable papers and records" are not restored, the "valuable papers and records" will be valued at the cost of replacement with blank materials of substantially identical type.

**(5)** Paragraph **B.** Exclusions does not apply to this Coverage Extension except for:

**(a)** Paragraph **B.1.c.,** Governmental Action;

**(b)** Paragraph **B.1.d.,** Nuclear Hazard;

**(c)** Paragraph **B.1.f.,** War And Military Action;

**(d)** Paragraph **B.2.f.,** Dishonesty;

**(e)** Paragraph **B.2.g.,** False Pretense;

**(f)** Paragraph **B.2.m.(2),** Errors Or Omissions; and

**(g)** Paragraph **B.3.**

**f. Accounts Receivable**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to accounts receivable. We will pay:

**(a)** All amounts due from your customers that you are unable to collect;

**(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(c)** Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

**(d)** Other reasonable expenses that you incur to reestablish your records of accounts receivable;

that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

**(2)** The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is the amount shown in the Declarations.

For accounts receivable not at the described premises, the most we will pay is the amount shown in the Declarations.

**(3)** Paragraph **B.** Exclusions does not apply to this Coverage Extension except for:

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

    **(a)** Paragraph **B.1.c.,** Governmental Action;

    **(b)** Paragraph **B.1.d.,** Nuclear Hazard;

    **(c)** Paragraph **B.1.f.,** War And Military Action;

    **(d)** Paragraph **B.2.f.,** Dishonesty;

    **(e)** Paragraph **B.2.g.,** False Pretense;

    **(f)** Paragraph **B.3.;** and

    **(g)** Paragraph **B.6.,** Accounts Receivable Exclusion.

**g. Business Personal Property Temporarily In Portable Storage Units**

  **(1)** You may extend the insurance that applies to Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the buildings or structures described in the Declarations or within 100 feet of the described premises, whichever distance is greater.

  **(2)** The limitation under Paragraph **A.4.a.(5)** also applies to property in a portable storage unit.

  **(3)** Coverage under this Extension:

    **(a)** Will end 90 days after the Business Personal Property has been placed in the storage unit;

    **(b)** Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the Business Personal Property has been stored there for 90 or fewer days as of the time of loss or damage.

  **(4)** Under this Extension, the most we will pay for the total of all loss or damage to Business Personal Property is the amount shown in the Declarations.

  **(5)** This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form, and does not apply to loss or damage to the storage unit itself.

**B. Exclusions**

  **1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

  **a. Ordinance Or Law**

    **(1)** The enforcement of or compliance with any ordinance or law:

      **(a)** Regulating the construction, use or repair of any property; or

      **(b)** Requiring the tearing down of any property, including the cost of removing its debris.

    **(2)** This exclusion, Ordinance Or Law, applies whether the loss results from:

      **(a)** An ordinance or law that is enforced even if the property has not been damaged; or

      **(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

  **b. Earth Movement**

    **(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

    **(2)** Landslide, including any earth sinking, rising or shifting related to such event;

    **(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

FILED DATE: 11/1/2024 12:30 PM    2024CH09910

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in Paragraphs **(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

With respect to coverage for volcanic action as set forth in **5(a)**, **5(b)** and **5(c)**, all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

This exclusion does not apply to loss or damage to "computer(s)" and "electronic data".

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

    **(a)** Foundations, walls, floors or paved surfaces;

    **(b)** Basements, whether paved or not; or

    **(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. Certain Computer-related Losses**

**(1)** The failure, malfunction or inadequacy of:

    **(a)** Any of the following, whether belonging to any insured or to others:

        **(i)** "Computer" hardware, including microprocessors or other electronic data processing equipment as may be described elsewhere in this policy;

        **(ii)** "Computer" application software or other "electronic data" as may be described elsewhere in this policy;

        **(iii)** "Computer" operating systems and related software;

        **(iv)** "Computer" networks;

        **(v)** Microprocessors ("computer" chips) not part of any "computer" system; or

        **(vi)** Any other computerized or electronic equipment or components; or

    **(b)** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **(a)** above;

due to the inability to correctly recognize, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**(2)** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph (1) above.

However, if excluded loss or damage, as described in Paragraph **(1)** above, results in a "specified cause of loss" under this Property Coverage, we will pay only for the loss or damage caused by such "specified cause of loss".

We will not pay for repair, replacement or modification of any items in Paragraph **(1)(a)** or **(1)(b)** to correct any deficiencies or change any features.

### i. "Fungi", Wet Rot Or Dry Rot

Presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot.

But if "fungi", wet rot or dry rot results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungi", wet rot or dry rot results from fire or lightning; or

**(2)** To the extent that coverage is provided in the Limited Coverage For "Fungi", Wet Rot Or Dry Rot Additional Coverage, with respect to loss or damage by a cause of loss other than fire or lightning.

### j. Virus Or Bacteria

**(1)** Any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

**(2)** However, the exclusion in Paragraph **(1)** does not apply to loss or damage caused by or resulting from "fungi", wet rot or dry rot. Such loss or damage is addressed in Exclusion i.

**(3)** With respect to any loss or damage subject to the exclusion in Paragraph **(1)**, such exclusion supersedes any exclusion relating to "pollutants".

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

### a. Electrical Apparatus

Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(1)** Electrical current, including arcing;

**(2)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(3)** Pulse of electromagnetic energy; or

**(4)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by fire.

We will pay for loss or damage to "computer(s)" due to artificially generated electrical, magnetic or electromagnetic energy if such loss or damage is caused by or results from:

**(1)** An occurrence that took place within 100 feet of the described premises; or

**(2)** Interruption of electric power supply, power surge, blackout or brownout if the cause of such occurrence took place within 100 feet of the described premises.

FILED DATE: 11/1/2024 12:30 PM 2024CH09910

**b. Consequential Losses**

Delay, loss of use or loss of market.

**c. Smoke, Vapor, Gas**

Smoke, vapor or gas from agricultural smudging or industrial operations.

**d. Steam Apparatus**

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**e. Frozen Plumbing**

Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**f. Dishonesty**

Dishonest or criminal acts (including theft) by you, anyone else with an interest in the property, or any of your or their partners, "members", officers, "managers", employees (including temporary or leased employees), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

**(1)** Applies whether or not an act occurs during your normal hours of operation;

**(2)** Does not apply to acts of destruction by your employees (including temporary or leased employees) or authorized representatives; but theft by your employees (including temporary or leased employees) or authorized representatives is not covered.

With respect to accounts receivable and "valuable papers and records", this exclusion does not apply to carriers for hire.

This exclusion does not apply to coverage that is provided under the Employee Dishonesty Optional Coverage.

**g. False Pretense**

Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**h. Exposed Property**

Rain, snow, ice or sleet to personal property in the open.

**i. Collapse**

**(1)** Collapse, including any of the following conditions of property or any part of the property:

**(a)** An abrupt falling down or caving in;

**(b)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(c)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to Paragraph **i.(1)(a)** or **i.(1)(b)**.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

**(2)** This Exclusion **i.** does not apply:

   **(a)** To the extent that coverage is provided under the Additional Coverage – Collapse; or

   **(b)** To collapse caused by one or more of the following:

   **(i)** The "specified causes of loss";

   **(ii)** Breakage of building glass;

   **(iii)** Weight of rain that collects on a roof; or

   **(iv)** Weight of people or personal property.

**j. Pollution**

We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

**k. Neglect**

Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**l. Other Types Of Loss**

**(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force.

This exclusion does not apply with respect to the breakdown of "computer(s)";

**(7)** The following causes of loss to personal property:

   **(a)** Dampness or dryness of atmosphere;

   **(b)** Changes in or extremes of temperature; or

   **(c)** Marring or scratching.

But if an excluded cause of loss that is listed in Paragraphs **(1)** through **(7)** above results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**m. Errors Or Omissions**

Errors or omissions in:

**(1)** Programming, processing or storing data, as described under "electronic data" or in any "computer" operations; or

**(2)** Processing or copying "valuable papers and records".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this Coverage Form.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**n. Installation, Testing, Repair**

Errors or deficiency in design, installation, testing, maintenance, modification or repair of your "computer" system including "electronic data".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this Coverage Form.

**o. Electrical Disturbance**

Electrical or magnetic injury, disturbance or erasure of "electronic data", except as provided for under the Additional Coverages.

However, we will pay for direct loss or damage caused by lightning.

**p. Continuous Or Repeated Seepage Or Leakage Of Water**

Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**3.** We will not pay for loss or damage caused by or resulting from any of the following Paragraphs a. through **c.** But if an excluded cause of loss that is listed in Paragraphs **a.** through **c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss**.**

**a. Weather Conditions**

Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **B.1.** above to produce the loss or damage.

**b. Acts Or Decisions**

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c. Negligent Work**

Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4. Additional Exclusion**

The following applies only to the property specified in this Additional Exclusion:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**5. Business Income And Extra Expense Exclusions**

**a.** We will not pay for:

**(1)** Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage.

**(2)** Any other consequential loss.

**b.** With respect to this exclusion, suspension means:

**(1)** The partial slowdown or complete cessation of your business activities; and

**(2)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**6. Accounts Receivable Exclusion**

The following additional exclusion applies to the Accounts Receivable Coverage Extension:

We will not pay for:

**a.** Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

**b.** Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

**c.** Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**C. Limits Of Insurance**

**1.** The most we will pay for loss or damage in any one occurrence is the applicable Limits Of Insurance shown in the Declarations.

**2.** The most we will pay for loss of or damage to outdoor signs attached to buildings is the amount shown in the Declarations per sign in any one occurrence.

**3.** The amounts of insurance applicable to the Coverage Extensions and the following Additional Coverages apply in accordance with the terms of such coverages and are in addition to the Limits of Insurance:

**a.** Fire Department Service Charge;

**b.** Pollutant Clean-up And Removal;

**c.** Increased Cost Of Construction;

**d.** Business Income From Dependent Properties;

**e.** Electronic Data; and

**f.** Interruption Of Computer Operations.

**4. Building Limit – Automatic Increase**

**a.** In accordance with Paragraph **C.4.b.**, the Limit of Insurance for Buildings will automatically increase by 8%, unless a different percentage of annual increase is shown in the Declarations.

**b.** The amount of increase is calculated as follows:

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**(1)** Multiply the Building limit that applied on the most recent of the policy inception date, the policy anniversary date or any other policy change amending the Building limit by:

    **(a)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 7% is .07); or

    **(b)** .08, if no percentage of annual increase is shown in the Declarations; and

**(2)** Multiply the number calculated in accordance with **b.(1)** by the number of days since the beginning of the current policy year, or the effective date of the most recent policy change amending the Building limit, divided by 365.

**Example**

If:

The applicable Building limit is $100,000. The annual percentage increase is 8%. The number of days since the beginning of the policy year (or last policy change) is 146.

The amount of increase is

$100,000 x .08 x 146 ⎮ 365 = $3,200.

**5. Business Personal Property Limit – Seasonal Increase**

  **a.** Subject to Paragraph **5.b.**, the Limit of Insurance for Business Personal Property is automatically increased by:

    **(1)** The Business Personal Property – Seasonal Increase percentage shown in the Declarations; or

    **(2)** 25% if no Business Personal Property – Seasonal Increase percentage is shown in the Declarations;

  to provide for seasonal variances.

  **b.** The increase described in Paragraph **5.a.** will apply only if the Limit Of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

    **(1)** The 12 months immediately preceding the date the loss or damage occurs; or

    **(2)** The period of time you have been in business as of the date the loss or damage occurs.

**D. Deductibles**

  **1.** We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

  **2.** Regardless of the amount of the Deductible, the most we will deduct from any loss or damage under all of the following Optional Coverages in any one occurrence is the Optional Coverage Deductible shown in the Declarations:

    **a.** Money and Securities;

    **b.** Employee Dishonesty;

    **c.** Outdoor Signs; and

    **d.** Forgery or Alteration.

  But this Optional Coverage Deductible will not increase the Deductible shown in the Declarations. This Deductible will be used to satisfy the requirements of the Deductible in the Declarations.

  **3.** No deductible applies to the following Additional Coverages:

    **a.** Fire Department Service Charge;

    **b.** Business Income;

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**c.** Extra Expense;

**d.** Civil Authority; and

**e.** Fire Extinguisher Systems Recharge Expense.

**E. Property Loss Conditions**

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limits of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**(9)** Resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**4. Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

**a.** There has been full compliance with all of the terms of this insurance; and

**b.** The action is brought within two years after the date on which the direct physical loss or damage occurred.

**5. Loss Payment**

In the event of loss or damage covered by this policy:

**a.** At our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to Paragraph **d.(1)(e)** below.

**b.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**c.** We will not pay you more than your financial interest in the Covered Property.

**d.** Except as provided in Paragraphs **(2)** through **(7)** below, we will determine the value of Covered Property as follows:

**(1)** At replacement cost without deduction for depreciation, subject to the following:

**(a)** If, at the time of loss, the Limit of Insurance on the lost or damaged property is 80% or more of the full replacement cost of the property immediately before the loss, we will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:

**(i)** The Limit of Insurance that applies to the lost or damaged property;

**(ii)** The cost to replace, on the same premises, the lost or damaged property with other property:

**i.** Of comparable material and quality; and

**ii.** Used for the same purpose; or

**(iii)** The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost is limited to the cost which would have been incurred had the building been built at the original premises.

**(b)** If, at the time of loss, the Limit of Insurance applicable to the lost or damaged property is less than 80% of the full replacement cost of the property immediately before the loss, we will pay the greater of the following amounts, but not more than the Limit of Insurance that applies to the property:

**(i)** The actual cash value of the lost or damaged property; or

**(ii)** A proportion of the cost to repair or replace the lost or damaged property, after application of the deductible and without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the full replacement cost of the property.

**Example**

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

The full replacement cost of property which suffers a total loss is $100,000. The property is insured for $70,000. 80% of the full replacement cost of the property immediately before the loss is $80,000 ($100,000 x .80 = $80,000). A partial loss of $25,000 is sustained. The amount of recovery is determined as follows:

Amount of recovery

$70,000 | $80,000 = .875

.875 x $25,000 = $21,875

**(c)** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

**(d)** We will not pay on a replacement cost basis for any loss or damage:

    **(i)** Until the lost or damaged property is actually repaired or replaced; and

    **(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

However, if the cost to repair or replace the damaged building property is $2,500 or less, we will settle the loss according to the provisions of Paragraphs **d.(1)(a)** and **d.(1)(b)** above whether or not the actual repair or replacement is complete.

**(e)** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**(2)** If the Actual Cash Value – Buildings option applies, as shown in the Declarations, Paragraph **(1)** above does not apply to Buildings. Instead, we will determine the value of Buildings at actual cash value.

**(3)** The following property at actual cash value:

    **(a)** Used or secondhand merchandise held in storage or for sale;

    **(b)** Property of others. However, if an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance;

    **(c)** Household contents, except personal property in apartments or rooms furnished by you as landlord;

    **(d)** Manuscripts; and

    **(e)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marble, bronzes, porcelain and bric-a-brac.

**(4)** Glass at the cost of replacement with safety glazing material if required by law.

**(5)** Tenants' improvements and betterments at:

    **(a)** Replacement cost if you make repairs promptly.

    **(b)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

        **(i)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**(ii)** Divide the amount determined in **(i)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(c)** Nothing if others pay for repairs or replacement.

**(6)** Applicable only to the Optional Coverages:

**(a)** "Money" at its face value; and

**(b)** "Securities" at their value at the close of business on the day the loss is discovered.

**(7)** Applicable only to accounts receivable:

**(a)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage:

**(i)** We will determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

**(ii)** We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

**(b)** The following will be deducted from the total amount of accounts receivable, however that amount is established:

**(i)** The amount of the accounts for which there is no loss or damage;

**(ii)** The amount of the accounts that you are able to reestablish or collect;

**(iii)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(iv)** All unearned interest and service charges.

**e.** Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**6. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limits of Insurance.

**7. Resumption Of Operations**

We will reduce the amount of your:

**a.** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**b.** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**8. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in Paragraphs **(a)** and **(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in Paragraphs **(1)(a)** through **(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

### F.  Property General Conditions

**1. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**2. Mortgageholders**

**a.** The term "mortgageholder" includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this policy at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this policy will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**3. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**4. Policy Period, Coverage Territory**

Under this Property Coverage:

**a.** We cover loss or damage commencing:

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**(1)** During the policy period shown in the Declarations; and

**(2)** Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

**b.** The coverage territory is:

**(1)** The United States of America (including its territories and possessions);

**(2)** Puerto Rico; and

**(3)** Canada.

## G. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages also apply. These coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below:

**1. Outdoor Signs**

**a.** We will pay for direct physical loss of or damage to all outdoor signs at the described premises:

**(1)** Owned by you; or

**(2)** Owned by others but in your care, custody or control.

**b.** Paragraph **A.3.**, Covered Causes Of Loss and Paragraph **B.**, Exclusions do not apply to this Optional Coverage, except for:

**(1)** Paragraph **B.1.c.**, Governmental Action;

**(2)** Paragraph **B.1.d.**, Nuclear Hazard; and

**(3)** Paragraph **B.1.f.**, War And Military Action.

**c.** We will not pay for loss or damage caused by or resulting from:

**(1)** Wear and tear;

**(2)** Hidden or latent defect;

**(3)** Rust;

**(4)** Corrosion; or

**(5)** Mechanical breakdown.

**d.** The most we will pay for loss or damage in any one occurrence is the Limit Of Insurance for Outdoor Signs shown in the Declarations.

**e.** The provisions of this Optional Coverage supersede all other references to outdoor signs in this policy.

**2. Money And Securities**

**a.** We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee (including a temporary or leased employee) having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

**(1)** Theft, meaning any act of stealing;

**(2)** Disappearance; or

**(3)** Destruction.

**b.** In addition to the Limitations and Exclusions applicable to this Property Coverage, we will not pay for loss:

**(1)** Resulting from accounting or arithmetical errors or omissions;

FILED DATE: 11/1/2024 12:30 PM    2024CH09910

**(2)** Due to the giving or surrendering of property in any exchange or purchase; or

**(3)** Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**c.** The most we will pay for loss in any one occurrence is:

**(1)** The limit shown in the Declarations for Inside the Premises for "money" and "securities" while:

**(a)** In or on the described premises; or

**(b)** Within a bank or savings institution; and

**(2)** The limit shown in the Declarations for Outside the Premises for "money" and "securities" while anywhere else.

**d.** All loss:

**(1)** Caused by one or more persons; or

**(2)** Involving a single act or series of related acts;

is considered one occurrence.

**e.** You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

**3. Employee Dishonesty**

**a.** We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

**(1)** Cause you to sustain loss or damage; and also

**(2)** Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

**(a)** Any employee; or

**(b)** Any other person or organization.

**b.** We will not pay for loss or damage:

**(1)** Resulting from any dishonest or criminal act that you or any of your partners or "members" commit whether acting alone or in collusion with other persons.

**(2)** Resulting from any dishonest act committed by any of your employees (except as provided in Paragraph **a.**), "managers" or directors:

**(a)** Whether acting alone or in collusion with other persons; or

**(b)** While performing services for you or otherwise.

**(3)** The only proof of which as to its existence or amount is:

**(a)** An inventory computation; or

**(b)** A profit and loss computation.

**(4)** Caused by an employee if the employee had also committed theft or any other dishonest act prior to the effective date of this policy and you or any of your partners, "members", "managers", officers, directors or trustees, not in collusion with the employee, learned of that theft or dishonest act prior to the policy period shown in the Declarations.

**c.** The most we will pay for loss or damage in any one occurrence is the Limit Of Insurance for Employee Dishonesty shown in the Declarations.

**d.** All loss or damage:

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**(1)** Caused by one or more persons; or

**(2)** Involving a single act or series of acts;

is considered one occurrence.

**e.** If any loss is covered:

**(1)** Partly by this insurance; and

**(2)** Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

We will pay only for loss or damage you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**f.** This Optional Coverage is cancelled as to any employee immediately upon discovery by:

**(1)** You; or

**(2)** Any of your partners, "members", "managers", officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

**g.** We will pay only for covered loss or damage sustained during the policy period and discovered no later than one year from the end of the policy period.

**h.** If you (or any predecessor in interest) sustained loss or damage during the policy period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

**(1)** This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

**(2)** The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

**i.** The insurance under Paragraph **h.** above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

**(1)** This Optional Coverage as of its effective date; or

**(2)** The prior insurance had it remained in effect.

**j.** With respect to the Employee Dishonesty Optional Coverage in Paragraph **G.3.**, employee means:

**(1)** Any natural person:

**(a)** While in your service or for 30 days after termination of service;

**(b)** Who you compensate directly by salary, wages or commissions; and

**(c)** Who you have the right to direct and control while performing services for you;

**(2)** Any natural person who is furnished temporarily to you:

**(a)** To substitute for a permanent employee, as defined in Paragraph **(1)** above, who is on leave; or

**(b)** To meet seasonal or short-term workload conditions;

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**(3)** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph **(2)** above;

**(4)** Any natural person who is a former employee, director, partner, member, manager, representative or trustee retained as a consultant while performing services for you; or

**(5)** Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside any building you occupy in conducting your business.

But employee does not mean:

**(1)** Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

**(2)** Any "manager", director or trustee except while performing acts coming within the usual duties of an employee.

**4. Equipment Breakdown Protection Coverage**

    **a.** We will pay for direct loss of or damage to Covered Property caused by or resulting from a mechanical breakdown or electrical failure to pressure, mechanical or electrical machinery and equipment.

    Mechanical breakdown or electrical failure to pressure, mechanical or electrical machinery and equipment does not mean any:

    **(1)** Malfunction including but not limited to adjustment, alignment, calibration, cleaning or modification;

    **(2)** Leakage at any valve, fitting, shaft seal, gland packing, joint or connection;

    **(3)** Damage to any vacuum tube, gas tube, or brush; or

    **(4)** The functioning of any safety or protective device.

    **b.** Paragraphs **A.4.a.(1)** and **A.4.a.(2)**, Limitations, do not apply to this Optional Coverage.

    **c.** With respect to the coverage provided by this Optional Coverage, the following exclusions in Paragraph **B. Exclusions** do not apply:

    **(1)** Paragraph **B.2.a.,** Electrical Apparatus;

    **(2)** Paragraph **B.2.d.,** Steam Apparatus; and

    **(3)** Paragraph **B.2.l.(6),** Mechanical Breakdown.

    **d.** With respect to the coverage provided by this Optional Coverage, Paragraph **G.1.c.(5)** of the **Outdoor Signs Optional Coverage** does not apply.

    **e.** If a dollar deductible is shown in the Declarations for this Optional Coverage, we will first subtract the applicable deductible amount from any loss we would otherwise pay. We will then pay the amount of loss in excess of the applicable deductible up to the applicable limit for this coverage.

    If no optional deductible is chosen for this Optional Coverage, the Property Deductible shown in the Declarations applies.

    **f.** With respect to Additional Coverages **5.f. Business Income** and **5.g. Extra Expense**, if the 72-hour time period in the definition of "period of restoration" (hereinafter referred to as time deductible) is amended for this Optional Coverage as shown in the Declarations, we will not pay for any Business Income loss that occurs during the consecutive number of hours shown as the time deductible in the Declarations immediately following a mechanical breakdown or electrical failure. If a time deductible is shown in days, each day shall mean 24 consecutive hours.

FILED DATE: 11/1/2024 12:30 PM  2024CH09910

With respect to the coverage provided by this Optional Coverage, any time deductible shown in the Declarations for Equipment Breakdown Protection Coverage supersedes any time deductible otherwise applicable to the Business Income coverage provided by this policy.

**g.** With respect to the coverage provided by this Optional Coverage, Paragraph **H. Property Definitions** is amended as follows:

**1.** "Computer" means:

**a.** Programmable electronic equipment that is used to store, retrieve and process data; and

**b.** Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

"Computer" includes those used to operate production-type machinery or equipment.

**h.** Whenever any covered pressure, mechanical or electrical machinery and equipment is found to be in, or exposed to, a dangerous condition, any of our representatives may suspend coverage provided by this Optional Coverage for loss from a mechanical breakdown or electrical failure to that pressure, mechanical or electrical machinery and equipment.

However, coverage provided by this Optional Coverage may be reinstated for loss from a mechanical breakdown or electrical failure to that pressure, mechanical or electrical machinery and equipment if the reasons for the suspension are found by any of our representatives to no longer exist.

We may suspend or reinstate this Optional coverage by mailing or delivering a written notification regarding the suspension or reinstatement to:

**(1)** Your last known address; or

**(2)** The address where the pressure, mechanical or electrical machinery and equipment is located.

This notification will indicate the effective date of the suspension or reinstatement.

If the coverage provided by this Optional Coverage is not reinstated, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**H. Property Definitions**

**1.** "Computer" means:

**a.** Programmable electronic equipment that is used to store, retrieve and process data; and

**b.** Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

"Computer" does not include those used to operate production-type machinery or equipment.

**2.** "Counterfeit money" means an imitation of "money" that is intended to deceive and to be taken as genuine.

**3.** "Electronic data" means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a "computer" or device connected to it, which enable the "computer" or device to receive, process, store, retrieve or send data.

**4.** "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**5.** "Manager" means a person serving in a directorial capacity for a limited liability company.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**6.** "Member" means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

**7.** "Money" means:

    **a.** Currency, coins and bank notes in current use and having a face value; and

    **b.** Traveler's checks, register checks and money orders held for sale to the public.

**8.** "Operations" means your business activities occurring at the described premises.

**9.** "Period of restoration":

    **a.** Means the period of time that:

        **(1)** Begins:

            **(a)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

            **(b)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

            caused by or resulting from any Covered Cause of Loss at the described premises; and

        **(2)** Ends on the earlier of:

            **(a)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

            **(b)** The date when business is resumed at a new permanent location.

    **b.** Does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

        **(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

        **(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

    The expiration date of this policy will not cut short the "period of restoration".

**10.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**11.** "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or other property and includes:

    **a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

    **b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

    but does not include "money".

**12.** "Specified causes of loss" means the following:

    Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

    **a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

        **(1)** The cost of filling sinkholes; or

        **(2)** Sinking or collapse of land into man-made underground cavities.

    **b.** Falling objects does not include loss of or damage to:

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

    **(1)** Personal property in the open; or

    **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means:

    **(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam; and

    **(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss", such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the ground surface.

**13.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

**14.** "Valuable papers and records" means inscribed, printed or written:

**a.** Documents;

**b.** Manuscripts; and

**c.** Records;

including abstracts, books, deeds, drawings, films, maps or mortgages.

But "valuable papers and records" does not mean "money" or "securities".

# PROPERTY COMMON POLICY CONDITIONS

**SECTION III – COMMON POLICY CONDITIONS**

All coverages of this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   **a.** Five days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy:

   **(1)** The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

   **(a)** Seasonal unoccupancy; or

   **(b)** Buildings in the course of construction, renovation or addition.

   Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

   **(2)** After damage by a Covered Cause of Loss, permanent repairs to the building:

   **(a)** Have not started; and

   **(b)** Have not been contracted for;

   within 30 days of initial payment of loss.

   **(3)** The building has:

   **(a)** An outstanding order to vacate;

   **(b)** An outstanding demolition order; or

   **(c)** Been declared unsafe by governmental authority.

   **(4)** Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

   **(5)** Failure to:

   **(a)** Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

   **(b)** Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

   **b.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

   **c.** 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

this policy.

**C. Concealment, Misrepresentation Or Fraud**

This policy is void in any case of fraud by you as it relates to this policy at any time. It is also void if you or any other insured, at any time, intentionally conceals or misrepresents a material fact concerning:

**1.** This policy;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this policy.

**D. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**E. Inspections And Surveys**

**1.** We have the right to:

   **a.** Make inspections and surveys at any time;

   **b.** Give you reports on the conditions we find; and

   **c.** Recommend changes.

**2.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   **a.** Are safe and healthful; or

   **b.** Comply with laws, regulations, codes or standards.

**3.** Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.** Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**F. Insurance Under Two Or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**G. Liberalization**

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

**H. Other Insurance**

**1.** If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance of Section **I** – Property.

**I. Premiums**

**1.** The first Named Insured shown in the Declarations:

   **a.** Is responsible for the payment of all premiums; and

   **b.** Will be the payee for any return premiums we pay.

**2.** The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**3.** With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

   **a.** Paid to us prior to the anniversary date; and

   **b.** Determined in accordance with Paragraph **2.** above.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

    **4.**  Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

**J.  Premium Audit**

    **1.**  This policy is subject to audit if a premium designated as an advance premium is shown in the Declarations. We will compute the final premium due when we determine your actual exposures.

    **2.**  Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period, we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

    **3.**  The first Named Insured must keep records of the information we need for premium computation and send us copies at such times as we may request.

**K.  Transfer Of Rights Of Recovery Against Others To Us**

    **1.**  Applicable to Property Coverage:

    If any person or organization to or for whom we make payment under this policy has rights to recover dam- ages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

      **a.**  Prior to a loss to your Covered Property.

      **b.**  After a loss to your Covered Property only if, at time of loss, that party is one of the following:

        **(1)**  Someone insured by this insurance;

        **(2)**  A business firm:

          **(a)**  Owned or controlled by you; or

          **(b)**  That owns or controls you; or

        **(3)**  Your tenant.

    You may also accept the usual bills of lading or shipping receipts limiting the liability of

    carriers. This will not restrict your insurance.

**L.  Transfer Of Your Rights And Duties Under This Policy**

    Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

    If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**PROPERTY**
**NXUS-CP-2011.1-0419**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE FORM

### SCHEDULE

| Premises Number | Windstorm Or Hail Deductible Percentage (Enter 1%, 2% Or 5%) | |
|---|---|---|
| 001 | 5 | **%** |
| | | **%** |
| | | **%** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

The following provisions apply to **Section I – Property:**

The Windstorm or Hail Deductible, as shown in the Schedule and set forth in this endorsement, applies to covered loss or damage caused directly or indirectly by Windstorm or Hail. This Deductible applies to each occurrence of Windstorm or Hail.

With respect to Covered Property at a premises identified in the Schedule, no other deductible applies to Windstorm or Hail.

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of the Water Exclusion or any other exclusion in this policy. If this policy is endorsed to cover Flood under the Flood Coverage Endorsement (or if you have a flood insurance policy), a separate Flood Deductible applies to loss or damage attributable to Flood, in accordance with the terms of that endorsement or policy.

**WINDSTORM OR HAIL DEDUCTIBLE CALCULATION**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage. This Deductible is calculated separately for, and applies separately to:

**1.** Each building that sustains loss or damage;

**2.** The personal property at each building at which there is loss or damage to personal property;

**3.** Personal property in the open.

If there is damage to both a building and personal property in that building, separate deductibles apply to the building and to the personal property.

We will not pay for loss or damage until the amount of loss or damage exceeds the Deductible. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit(s) of Insurance.

When property is covered under the Coverage Extension for Newly Acquired Or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at the time of loss. The applicable percentage for Newly Acquired Or Constructed Property is the highest percentage shown in the Schedule for any described premises.

**EXAMPLE – APPLICATION OF DEDUCTIBLE**

The amounts of loss to the damaged property are $60,000 (building) and $40,000 (personal property in building).

Includes material copyrighted by Insurance Services Office, Inc., used with its permission

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

The actual Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the personal property.

The Deductible is 2%.

**BUILDING**

Step **(1):** $80,000 X 2% = $1,600

Step **(2):** $60,000 – $1,600 = $58,400

**PERSONAL PROPERTY**

Step **(1):** $64,000 X 2% = $1,280

Step **(2):** $40,000 – $1,280 = $38,720

The most we will pay is $97,120 ($58,400 + $38,720). The portion of the total loss that is not covered due to the application of the Deductible is $2,880 ($1,600 + $1,280).

All other policy terms, conditions, and exclusions apply.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**PROPERTY**
**NXUS-CP-2027.1-0419**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE FORM

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**PROPERTY**
**NXUS-CP-2050.1-0419**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO BY-PRODUCTS OF PRODUCTION OR PROCESSING OPERATIONS (RENTAL PROPERTIES)

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Description Of Rental Unit |
|---|---|---|
| All | All | All rental units of any kind |
| | | |
| | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**Section I – Property** is amended as follows:

**A.** The terms of this endorsement apply to the rental unit(s) described in the Schedule, and to the building(s) in which such unit(s) are located, including any contents of such unit(s) and building(s), all of which constitute the described premises for the purpose of this endorsement.

**B.** We will not pay for loss or damage to the described premises, caused by or resulting from smoke, vapor, gas or any substance released in the course of production operations or processing operations performed at the rental unit(s) described in the Schedule. This exclusion applies regardless of whether such operations are:

   **1.** Legally permitted or prohibited;

   **2.** Permitted or prohibited under the terms of the lease; or

   **3.** Usual to the intended occupancy of the premises.

   This exclusion does not apply to loss or damage by fire or explosion that results from the release of a by-product of the production or processing operation.

**C.** If the loss or damage described in Paragraph **B.** of this endorsement results in Business Income loss or Extra Expense, there is no coverage for such loss or expense under the Business Income or Extra Expense Additional Coverages.

**D.** The conduct of a tenant's production or processing operations will not be considered to be vandalism of the rental premises regardless of whether such operations are:

   **1.** Legally permitted or prohibited;

   **2.** Permitted or prohibited under the terms of the lease; or

   **3.** Usual to the intended occupancy of the premises.

All other policy terms, conditions, and exclusions apply.

 Includes material copyrighted by Insurance Services Office, Inc., used with its permission

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**PROPERTY**
**NXUS-CP-2059.1-0419**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CONDOMINIUM COMMERCIAL
# UNIT-OWNERS COVERAGE

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE FORM

**Section I – Property** is amended as follows:

**A.** Paragraph **A.1.b. Business Personal Property** is replaced by the following:

**b.** Business Personal Property located in or on the buildings or structures at the described premises or in the open (or in a vehicle) within 100 feet of the buildings or structures or within 100 feet of the premises described in the Declarations, whichever distance is greater, including:

**(1)** Property you own that is used in your business;

**(2)** Property of others that is in your care, custody or control except as otherwise provided in Loss Payment Property Loss Condition **E.5.d.(3)(b);**

**(3)** Fixtures, improvements and alterations making up part of the building and owned by you; and

**(4)** Leased personal property which you have a contractual responsibility to insure, unless otherwise provided for under Paragraph **A.b.(2).**

**B.** The following is added to Paragraph **A.2. Property Not Covered:**

**k.** Any of the following types of property contained within a unit, regardless of ownership, if your Condominium Association Agreement requires the Association to insure it:

**(1)** Fixtures, improvements and alterations that are a part of the building; and

**(2)** Appliances, such as those used for refrigerating, ventilating, cooking, dishwashing, laundering, security or housekeeping.

**C.** Paragraph **E.8. Vacancy** Property Loss Condition is replaced by the following:

**8. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner of a building, building means the entire building. Such building is vacant unless 31% or more of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary business operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

NXUS-CP-2059.1-
0419                 Includes material copyrighted by Insurance Services Office, Inc.,
used with its permission                          **Page 1 of 2**

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

    **(a)** Vandalism;

    **(b)** Sprinkler leakage, unless you have protected the system against freezing;

    **(c)** Building glass breakage;

    **(d)** Water damage;

    **(e)** Theft; or

    **(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

All other policy terms, conditions, and exclusions apply.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

PROPERTY
NXUS-CP-2083.1-0123

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – DESIGNATED PROJECTS OR OPERATIONS

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE FORM

**Section I – Property** is amended as follows:

**A.** The following is added to Paragraph **B. Exclusions:**

This insurance does not apply to any loss or damage caused by or resulting from the projects or operations included in the Schedule:

**SCHEDULE**

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

PROPERTY
NXUS-CP-2084.1-0123

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – STRUCTURAL CHANGES

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE FORM

**Section I – Property** is amended as follows:

    **A.** The following is added to Paragraph **B. Exclusions:**

We will not pay for loss or damage caused directly or indirectly by structural renovation, structural remodeling, or other structural changes to the interior or exterior structure of the premise(s) described in the Declarations, or while construction of a new structure is ongoing at that premise(s). This exclusion applies regardless of whether the changes are being done at the direction of you or someone else.

Paragraph 5.d.(2)(c) under **Additional Coverages - Collapse** is deleted from the policy.

The following is added to paragraph 5.d.(3) **Additional Coverages - Collapse**:

    (d) A building or any part of a building that is undergoing construction, structural renovation, structural remodeling, or other structural changes.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

PROPERTY
NXUS-CP-2087.1-0123

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CANNABIS PROPERTY EXCLUSION

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE FORM

**Section I – Property** is amended as follows:

**A.** The following is added to Paragraph **A.2. Property Not Covered:**

    **a.** "Cannabis".

**B.** For the purpose of this endorsement, the following applies to Business Income and Extra Expense:

Coverage under this Policy does not apply to that part of Business Income loss or Extra Expense incurred, due to a suspension of your "operations", which is attributable to the design, cultivation, manufacture, storage, processing, packaging, handling, testing, distribution, sale, serving, furnishing, possession or disposal of "cannabis".

**C.** For the purpose of this endorsement, the following definition is added:

"Cannabis":

**1.** Means:

Any good or product that consists of or contains any amount of Tetrahydrocannabinol (THC) or any other cannabinoid, regardless of whether any such THC or cannabinoid is natural or synthetic.

**2.** Paragraph **C.1.** above includes, but is not limited to, any of the following containing such THC or cannabinoid:

    **a.** Any plant of the genus Cannabis L., or any part thereof, such as seeds, stems, flowers, stalks and roots; or

    **b.** Any compound, byproduct, extract, derivative, mixture or combination, such as:

        **(1)** Resin, oil or wax;

        **(2)** Hash or hemp; or

        **(3)** Infused liquid or edible cannabis;

    whether or not derived from any plant or part of any plant set forth in Paragraph **C.2.a.**

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**PROPERTY**
**NXUS-CP-2088.1-0123**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CYBER INCIDENT EXCLUSION

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE FORM

**Section I – Property** is amended as follows:

**A.** The following exclusion is added to Paragraph **B. Exclusions:**

We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Cyber Incident**

**1.** Unauthorized access to or use of any computer system (including "electronic data").

**2.** Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system (including "electronic data") and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system (including "electronic data") or otherwise disrupt its normal functioning or operation.

**3.** Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation.

**B. Exceptions And Limitations**

**1. Fire Or Explosion**

If a cyber incident as described in Paragraphs **A.1.** through **A.3.** of this exclusion results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**2. Additional Coverage**

The exclusion in Paragraph **A.** does not apply to the extent that coverage is provided in the:

**a.** Additional Coverage – Electronic Data; or

**b.** Additional Coverage – Interruption Of Computer Operations.

**3. Computer Fraud And Funds Transfer Fraud Endorsement**

The exclusion in Paragraph **A.** does not apply to the Computer Fraud And Funds Transfer Fraud endorsement when attached to your policy.

**4. Electronic Commerce Endorsement**

The exclusion in Paragraph **A.** does not apply to the Electronic Commerce (E-Commerce) endorsement when attached to your policy.

**5. Information Security Protection Endorsement**

The exclusion in Paragraph **A.** does not apply to the Information Security Protection Endorsement when attached to your policy.

**C. Vandalism**

The following is added to Vandalism:

Vandalism does not include a cyber incident as described in Paragraph **A.**

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

FILED DATE: 11/1/2024 12:30 PM    2024CH09910

NXUS-CP-2066.1-IL-0120

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE FORM
PROPERTY COMMON POLICY CONDITIONS

**A.** The following is added:

   **1.** If this Policy covers the following in **a.** and **b.**, then Paragraphs **2.** and **3.** apply:

   **a.** Real property used principally for residential purposes up to and including a four family dwelling; or

   **b.** Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

   **2.** The second paragraph of Paragraph **E.2. Appraisal** Property Loss Condition in **Section I – Property** is replaced by the following:

   **a.** Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b.** below.

   **b.** We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

   **(1)** You demanded the appraisal; and

   **(2)** The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

   **3.** Paragraph **C. Concealment, Misrepresentation Or Fraud** in **Section III – Common Policy Conditions** is replaced by the following:

   **C. Concealment, Misrepresentation Or Fraud**

   **1.** This Policy is void if you or any insured commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the Policy or endorsement or in the written application for this Policy and:

   **a.** Was made with actual intent to deceive; or

   **b.** Materially affected either our decision to provide this insurance or the hazard we assumed.

   However, this condition will not serve as a reason to void this Policy after the Policy has been in effect for one year or one policy term, whichever is less.

   **2.** We do not provide coverage under this Policy to you or any other insured who, at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

   **a.** This Policy;

   **b.** The Covered Property;

   **c.** Your interest in the Covered Property; or

   **d.** A claim under this Policy.

   **3.** Notwithstanding the limitations stated in **C.1.** above, we may cancel this Policy in accordance with the terms of Paragraph **A.** Cancellation in Section **III** – Common Policy Conditions.

**B. Section I – Property** is amended as follows:

   **1.** Paragraph **B.2.a. Electrical Apparatus** is replaced by the following:

   **a. Electrical Apparatus**

   Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

NXUS-CP-2066.1-
IL-0120                Includes material copyrighted by Insurance Services Office,                **Page 1 of 4**
                             Inc., used with its permission

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by fire.

We will pay for loss or damage to "computer(s)" due to artificially generated electrical current if such loss or damage is caused by or results from:

**(1)** An occurrence that took place within 100 feet of the described premises; or

**(2)** Interruption of electric power supply, power surge, blackout or brownout if the cause of such occurrence took place within 100 feet of the described premises.

**2.** Paragraph **B.2.j. Pollution** is replaced by the following:

**j. Pollution**

We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

However, this exclusion does not apply to loss or damage caused by heat, smoke or fumes from a "hostile fire".

For purposes of this exclusion, "hostile fire" means a fire which becomes uncontrollable or breaks out from where it was intended to be.

**3.** The following exclusion is added to Paragraph **B.2. Exclusions**:

**a.** We will not pay for loss or damage arising out of any act committed:

**(1)** By or at the direction of any insured; and

**(2)** With the intent to cause a loss.

**b.** However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

**(1)** The loss arose out of a pattern of criminal domestic violence; and

**(2)** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**c.** If we pay a claim pursuant to Paragraph **B.2.b.**, our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**4.** The following is added to Paragraph **E.4. Legal Action Against Us** Property Loss Condition:

The two-year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

**C. Section III – Common Policy Conditions** is amended as follows:

**1.** The Paragraph **A. Cancellation** Common Policy Condition is replaced by the following:

**A. Cancellation**

**1.** The first Named Insured shown in the Declarations may cancel this Policy by mailing to us advance written notice of cancellation.

**2.** If this Policy has been in effect for 60 days or less, except as provided in Paragraphs **8.** and **9.** below, we may cancel this Policy by mailing written notice of cancellation at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** If this Policy has been in effect for more than 60 days, except as provided in Paragraphs **8.** and **9.** below, we may cancel this Policy only for one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** The Policy was obtained through a material misrepresentation;

**c.** You have violated any of the terms and conditions of the Policy;

**d.** The risk originally accepted has measurably increased;

Includes material copyrighted by Insurance Services Office, Inc., used with its permission

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

**f.** A determination by the Director of Insurance that the continuation of the Policy could place us in violation of the insurance laws of this State.

If we cancel this Policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 60 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

**4.** We will mail our notice to you, together with our reason for cancellation, at your last mailing address known to us. Proof of mailing will be sufficient proof of notice.

**5.** Notification of cancellation will also be sent to your broker, if known, or agent of record, if known, and to the mortgagee or lienholder listed on the Policy.

**6.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**7.** If this Policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**8. Real Property Other Than Residential Properties Occupied By Four Families Or Less**

The following applies only if this Policy covers real property other than residential property occupied by four families or less:

If any one or more of the following conditions exists at any building that is Covered Property in this Policy, we may cancel this Policy by mailing to you written notice of cancellation, by both certified and regular mail, if:

**a.** After a fire loss, permanent repairs to the building have not started within 60 days of satisfactory adjustment of loss, unless the delay is due to a labor dispute or weather conditions.

**b.** The building has been unoccupied 60 or more consecutive days. This does not apply to:

**(1)** Seasonal unoccupancy; or

**(2)** Buildings under repair, construction or reconstruction, if properly secured against unauthorized entry.

**c.** The building has:

**(1)** An outstanding order to vacate;

**(2)** An outstanding demolition order; or

**(3)** Been declared unsafe in accordance with the law.

**d.** Heat, water, sewer service or public lighting have not been connected to the building for 30 consecutive days or more.

The Policy will terminate 10 days following receipt of the written notice by the Named Insured(s).

**9. Residential Properties Occupied By Four Families Or Less**

The following applies if this Policy covers residential properties occupied by four families or less:

If this Policy has been in effect for 60 days, or if this is a renewal policy, we may only cancel this Policy for one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** The Policy was obtained by misrepresentation or fraud; or

**c.** Any act that measurably increases the risk originally accepted.

If we cancel this Policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 30 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

**2.** Paragraph **H. Other Insurance** is replaced by the following:

FILED DATE: 11/1/2024 12:30 PM    2024CH09910

**H. Other Insurance**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Form. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Form bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in **1.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance of Section **I** – Property.

3. The following paragraph is added to the **Common Policy Conditions:**

**Nonrenewal**

1. If we decide not to renew or continue this Policy, we will mail you written notice, stating the reason for nonrenewal. Proof of mailing will be sufficient proof of notice.

2. Except as provided in Paragraph **6.** below, we will mail you notice of nonrenewal at least 60 days before the end of the policy period.

3. If we offer to renew or continue and you do not accept, this Policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

4. If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this Policy will end on the effective date of that insurance.

5. The following provision applies to policies other than those described in Paragraph **6.:**

   Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known, and the mortgagee or lienholder listed on the Policy.

6. The following provision applies only if this Policy covers residential properties occupied by four families or less:

   **a.** If this Policy has been issued to you and in effect with us for five or more years, we may not fail to renew this Policy unless:

   **(1)** The Policy was obtained by misrepresentation or fraud and we mail you notice of nonrenewal at least 30 days before the end of the policy period as provided in **1.** above;

   **(2)** The risk originally accepted has measurably increased and we mail you notice of nonrenewal at least 30 days before the end of the policy period as provided in **1.** above; or

   **(3)** You received 60 days' notice of our intent not to renew as provided in **1.** above.

   **b.** If this Policy has been issued to you and in effect with us for less than five years, we may not fail to renew this Policy unless you received 30 days' notice as provided in **1.** above.

   **c.** Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known, and to the last known mortgagee or lienholder.

   **d.** The nonrenewal shall not become effective until at least 30 days from the proof of mailing date of the notice to you.

FILED DATE: 11/1/2024 12:30 PM  2024CH09910

POLICY NUMBER: NXTCKWKYLL-00-CP                                        IL 09 53 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE**

The **Exception Covering Certain Fire Losses** (Paragraph **C**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
| IL | Property Coverage Form |
|  |  |
|  |  |
|  |  |
|  |  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C. Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© Insurance Services Office, Inc., 2015 **IL 09 53 01 15**

**POLICYHOLDER DISCLOSURE**

**NOTICE OF TERRORISM INSURANCE COVERAGE**

You are hereby notified that under the Terrorism Risk Insurance Act, as amended, you have a right to purchase insurance coverage for losses resulting from acts of terrorism. *As defined in Section 102(1) of the Act*: The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury—in consultation with the Secretary of Homeland Security, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT WHERE COVERAGE IS PROVIDED BY THIS POLICY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM, SUCH LOSSES MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THE FORMULA, THE UNITED STATES GOVERNMENT GENERALLY REIMBURSES 85% THROUGH 2015; 84% BEGINNING ON JANUARY 1, 2016; 83% BEGINNING ON JANUARY 1, 2017; 82% BEGINNING ON JANUARY 1, 2018; 81% BEGINNING ON JANUARY 1, 2019 and 80% BEGINNING ON JANUARY 1, 2020, OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS THAT MAY BE COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS $100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

**Acceptance or Rejection of Terrorism Risk Insurance Coverage**

|   | I hereby elect to purchase terrorism coverage for a prospective premium of $7.00              . |
|---|---|
| X | I hereby decline to purchase terrorism coverage for certified acts of terrorism.  I understand I will have no coverage for losses resulting from certified acts of terrorism. |

|  |  |
|---|---|
|  | Next Insurance US Company |
| Policyholder/Applicant's Signature | Insurance Company |
| Erin Kelley | NXTCKWKYLL-00-CP |
| Print Name | Policy Number |
| 03/08/2024 |  |
| Date |  |

NXUS-CP-8001.1-0817          Includes copyrighted material of National Association of Insurance Commissioners, with its permission.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

NXUS-0003 IL IL 0218

# ILLINOIS NOTICE AND WAIVER OF MINE SUBSIDENCE COVERAGE

This Notice does not form a part of your insurance contract. No coverage is provided by this Notice, nor can it be construed to replace any provisions of your policy (including its endorsements). If there is any conflict between this Notice and the Policy (including its endorsements), the provisions of the Policy (including its endorsements) shall prevail.

Carefully read your policy, including the endorsements attached to your policy.

This Notice provides information concerning mine subsidence coverage, which applies to your new or renewal policy being issued by us.

**Notice Concerning The Waiver Of Mine Subsidence Coverage In Illinois**

Illinois law requires that every insurer that issues a new or renewal policy for a residence, commercial building or living unit must provide Mine Subsidence Coverage, unless waived in writing by the insured, and the insurer must continue to charge the premium level set for that coverage by the Illinois Mine Subsidence Insurance Fund.

This form shall serve as notice that if Mine Subsidence Coverage is in force when mine subsidence damage first becomes reasonably observable as confirmed by the Illinois Mine Subsidence Insurance Fund, coverage thereafter may not be necessary and is optional, but continued coverage on the damaged residence or commercial building shall terminate only upon written waiver by you. Mine subsidence premiums paid for coverage on a damaged residence or commercial building subsequent to the established date of loss shall be refunded within 60 days after you provide the following signed waiver of Mine Subsidence Coverage to us.

**Waiver Of Mine Subsidence Coverage In Illinois**

**I confirm that I have fully read and understood the aforementioned Notice.**

**I, the first named insured/applicant, have fully read and understood the above noted information and hereby: (check the following)**

[X] **affirmatively waive this offer.**

**I understand and agree that this waiver shall be construed to be applicable to the Policy or binder of insurance described below, on all future renewals of the Policy and on all replacement policies unless I make a written request for such coverage.**

**Name Of First Named Insured/Applicant:** Erin Kelley

**Signature Of First Named Insured/Applicant:**

**Date:** 03/08/2024

**Policy/Binder #:** NXTCKWKYLL-00-CP

**Insurer:** Next Insurance US Company

**Producer Name:** Ann Ryan

**Producer Code:**

# ILLINOIS CONSUMER COMPLAINT NOTICE

This notice is to advise you that should any complaints arise regarding this insurance, you may contact the following:

Next Insurance US Company
251 Little Falls Drive
Wilmington, DE 19808
(855) 222-5919

or

Illinois Department of Insurance
Consumer Division
122 S. Michigan Ave, 19th Floor
Chicago, Illinois 60603
312-814-2420   Phone
312-817-5416   Fax

or

Illinois Department of Insurance
320 West Washington Street
Springfield, Illinois 62767
866-445-5364   Toll-Free
866-323-5321   TDD
217-782-4515   Phone
217-782-5020   Fax

**ATTACH THIS NOTICE TO YOUR POLICY**
This notice is for information only and does not become a part or condition of the attached document.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

# EXHIBIT 2

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

FILED DATE: 11/1/2024 12:30 PM    2024CH09910

**COMMERCIAL LEASE**

This Lease involves the following premises, and is made by and between the following parties:

<u>Premises:</u>    1890 N. Milwaukee Ave, Unit 1, Chicago, IL 60647

<u>Lessor:</u>    Simply Smart Property LLC, an Illinois Limited Liability Company

<u>Lessee:</u>    Simply Smart Technology LLC, an Illinois Limited Liability Company

**RECITALS:**

**WHEREAS, Lessor is willing to lease to Lessee, and Lessee is willing to lease from Lessor, the Premises described in the Lease, subject to all the terms and conditions of this Lease.**

**NOW THEREFORE, in consideration for the mutual rights and obligations defined by this Lease, Lessor and Lessee agree as follows:**

<u>Premises Description.</u> 1890 N. Milwaukee Ave, Unit 1, Chicago, IL 60647

Permanent Index No. 14-31-308-071-0000

1. **Warranty of Authority.**  Lessor warrants and represents to Lessee that Lessor is the owner of record of the Premises, and that Lessor is authorized to enter into this Lease.

2. **Demising Clause.**  Lessor hereby leases to Lessee, and Lessee hereby leases from Lessor, the Premises, subject to all the terms and conditions of this Lease.

3. **Quiet Enjoyment.**  As long as Lessee is not in default of any of Lessee's obligations under this Lease, Lessee's shall peaceably and quietly enjoy the right of access to the Premises, and possession of the Premises, through the Term of this Lease, without any adverse claim to possession by Lessor or by anyone claiming through Lessor.

4. **Term of Lease.** Twenty-Five (25) year term beginning October 30, 2020 and ending October 31, 2045.

FILED DATE: 11/1/2024 12:30 PM    2024CH09910

**5. Amount of Rent.**  Lessee shall pay as monthly rent the amount equivalent to Lessor's US BANK loan amount for the subject property, in advance, the sum of the following amounts:

| Months | Amount* |
|--------|---------|
| 1-300  | $3,750.00 |

*In the event the loan amount changes, the rental amount will adjust commensurately with such change.

**6. Payment of Rent.**  Lessee shall pay the rent due to the Lessor, between 1st and 5th of each month, in advance.

**7. Security Deposit.  None.**

**8. Use of Premises.**  Lessee shall not make, or permit to be made, any use of the Premises which violates any applicable law or governmental regulation, or which is dangerous to persons or property.  Lessee shall be solely responsible to obtain, and pay for, all required government permits and approvals to operate Lessee's business on the Premises.

Lessee shall not make, or permit to be made, any use of the Premises, nor perform or permit any acts, which will increase the existing rate of insurance on the Premises.  Lessee shall not keep, use, sell, nor permit anyone to keep, use or sell, in or about the Premises, any article or substance which may be prohibited by the standard form of fire insurance policies.  Lessee shall, at its own cost, comply with any requirements imposed by Lessor's insurance company to maintain reasonable fire and comprehensive general liability insurance covering the Premises.

**9. Fixtures, Furniture and Equipment.**  Lessee shall have the right to bring into the Premises all fixtures, furniture and equipment required by Lessee for the operation of its business. All such fixtures, furniture and equipment shall remain at all times the sole property of Lessee.  Upon termination of this Lease, Lessee shall remove from the Premises all Lessee's fixtures, furniture and equipment.  Any Lessee fixtures, furniture and equipment not removed by Lessee upon termination of the Lease shall be deemed abandoned by Lessee, and shall become Lessor's property.

-2-

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

Lessee must obtain Lessor's consent prior to installing any fixture, furniture or equipment that must be fastened or secured to the floor, walls, or any structural member of the Premises. Upon termination of this Lease, Lessee shall promptly remove any such attached fixtures, furniture and equipment, and shall restore the part of the Premises to which such items was attached to the same condition it was in prior to the attachment of the item.

**10. Acceptance of the Premises.** Lessee accepts the present condition of the Premises, "AS IS", and acknowledges that Lessor has not agreed to perform any repairs or modifications as a condition of entering into this Lease.

**11. Painting & Decorating.** Lessee shall be permitted to paint and decorate the interior of the Premises, at Lessee's sole expense. Except for the exterior sign, Lessee shall not be permitted to paint or decorate the exterior of the Premises, except with Lessor's prior consent.

**12. Lessee's Modifications or Improvements.** Lessee shall not have the right to modify or improve the Premises' foundation, basement, structural supports, interior or exterior walls, windows, ceiling, roof, electrical system, plumbing and sewer system, heating system, ventilating system, air conditioning system, except with Lessor's prior written consent.

Lessee shall be solely responsible for all costs in connection with all Lessee's modifications or improvements of the Premises.

Lessee shall obtain, at Lessee's sole cost, all permits and other governmental approvals required for all Lessee modifications or improvements to the Premises.

All Lessee modifications and improvements to the Premises shall become the property of Lessor, unless Lessor agrees otherwise in writing.

**13. Repair and Maintenance.** Lessee, at its expense, shall maintain in good condition the foundation, structural members, exterior walls, and roof of the Premises.

Lessee, at its expense, shall maintain the interior of the Premises

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

in good clean condition and repair, and the systems within the Premises in good working order, including the electrical, heating, ventilating, air conditioning, plumbing and sewer systems.

Lessee shall be responsible, at its cost, for the replacement of all broken glass and for snow removal on or about the Premises.

Lessor has no obligation to perform any repairs or maintenance under this Lease.

   **14.  Utilities.**  Lessee shall pay for all utilities used or consumed in or about the Premises, including sewer, water, gas, electric, telephone, refuse removal, and any other utilities.

   **15.  Waste Removal.**  Lessee shall contract with, and pay for, a waste disposal/scavenger service that will provide dumpsters or other storage containers to store ,used motor oil and lubricants, waste and refuse from the Premises in accordance with all applicable governmental codes and regulations, and that will empty or remove the same on a regular basis.  Lessee shall remove waste and refuse from the Premises regularly and place it in the appropriate dumpsters/containers.

   **16.  Environmental Obligations/Hazardous Materials.**  Lessor warrants that they have not received notice of any action or proceeding by any governmental authority or entity, whether municipal, state or federal, that the land on which this premises is situated is now, or has been in the past, contaminated with toxic substances or hazardous waste materials.  Lessor also warrants and represents to Lessee that there is not presently within the premises, or upon the real property on which the premises is situated, any asbestos, polychlorinated byphenols or other hazardous substances, except for the storage tanks indicated in Section 12. Lessor shall during and after the expiration of this Lease, to the full extent permitted by law, indemnify, defend and hold harmless against any caused of action, claim, rule or judgment of any private or governmental entity, including, but not limited to, the Unites States and/or Illinois Environmental Protection Agency, due to the operation of a service station a the premises or requiring any toxic waste clean-up effort required at the premises except to the extent that said claims or judgments are found to be due to the acts of Lessee or agents or contractors or invitees or any other party of Lessee's chain involvement in the premises.

-4-

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**17. Damage to Premises by Fire or Other Casualty.** If any portion, or all, of the Premises is damaged by fire, storm, flood, riot, or any other casualty during the Term of this Lease, Lessor shall have the option to repair the foundation, exterior walls, and roof of the Premises, or terminate this Lease. Lessor shall inform Lessee of Lessor's decision as soon as practicable after the casualty.

If Lessor elects to repair the Premises, Lessor shall do so as fast as is reasonably possible upon receipt of insurance proceeds; this Lease shall continue in effect; rent due shall abate during such time that Lessee does not have use of the Premises; and Lessee shall also restore Lessee's improvements, equipment, furniture, and fixtures as soon as is reasonably possible after the casualty. Lessor shall not be obligated to spend for repairs any amounts beyond the casualty insurance proceeds received by Lessor.

If Lessor elects to terminate this Lease, such termination shall be effective as of the date of the casualty.

Lessee hereby waives all right, interests, and claims to all insurance proceeds on casualty insurance policies owned by Lessor.

**18. Condemnation.** If all or any part of the Premises are condemned or taken by a competent authority for a public or quasi-public use or purpose, this Lease shall terminate as of the effective date of such condemnation or taking. Lessee hereby assigns to Lessor all Lessee rights to receive any compensation arising from a condemnation of the Premises. Lessee hereby waives all claims against Lessor in connection with the funds received by Lessor as the result of such condemnation or taking.

**19. Lessor Access to Premises.** Lessor shall have the right to inspect the Premises upon reasonable prior notice to Lessee and shall do so in a manner that minimizes any interference with Lessee's business.

In the event of a casualty or emergency, Lessor shall have the right to enter into the Premises and to take reasonable steps to prevent or minimize damage to the Premises and the property where the Premises are located.

During the last six (6) months of the Lease term, Lessor shall have the right to show the Premises to prospective lessees, in a manner that minimizes any interference with Lessee's business.

During the last six (6) months of the Lease term, Lessor shall have the right: 1) to display a sign on the façade of the building that the Premises are available for rent, which sign shall not unreasonably interfere with Lessee's exterior sign; and 2) to show the Premises to prospective lessees, in a manner that minimizes any interference with Lessee's business.

At all times, Lessor shall have the right to show the Premises to prospective buyers, in a manner that minimizes any interference with Lessee's business.

20. **Lessee's Default**. If any one or more of the following events occur, Lessee shall be in default of this Lease:

a. Lessee fails to pay Lessor when due, the rent or any other amount due under this Lease; or

b. Lessee fails to perform any obligation other than payment under this Lease, Lessor has notified Lessee in writing of Lessee's failure to perform, and Lessee persists in its failure to perform for ten (10) days after Lessor's notice; or

c. Any lien is filed against the Premises by any party in connection with a claim against Lessee; or

d. Lessee abandons the Premises, or otherwise ceases to conduct its business at the Premises.

21. **Lessor's Remedy for Lessee's Default**. If Lessee is in default under this Lease, Lessor shall have the following remedies:

a. Lessor may terminate the Lease, by giving written notice of termination to Lessee;

b. Lessor may perform the obligation not performed by Lessee, in which case, Lessee shall reimburse Lessor on demand for all costs incurred by Lessor in so performing for Lessee, plus twelve percent (12%) of such costs as an

FILED DATE: 11/1/2024 12:30 PM 2024CH09910

administrative fee; and

c.   Any other remedies provided by applicable law.

Lessor's remedies shall be cumulative and not exclusive.

If Lessor obtains another lessee for the Premises, before the end of the Lease term, and if the amounts received by Lessor from the new lessee are less the amounts Lessee is obligated to pay Lessor under this Lease, Lessee shall remain liable to Lessor for such difference.

**22.  Late Charge and Interest on Delinquent Amounts.**  Lessee shall pay a late charge of five percent (5%) of any amount of rent paid late.  In addition to late charges and other amounts due from Lessee to Lessor under this Lease, Lessee shall pay Lessor interest at the rate of One Percent (1.0%) per month, or any fraction thereof, on all amounts not paid by Lessee to Lessor when due. Interest shall accrue in addition to, and not in lieu of, the late charge for rent payments.

**23.  Attorneys' Fees and Court Costs.**  Lessee shall pay Lessor on demand all reasonable expenses incurred by Lessor in collecting from Lessee any unpaid amounts due under this Lease, or in enforcing any other provision of this Lease, including but not limited to, attorneys' fees and court costs.

**24.  Lessor's Default and Lessee Remedy.**  If Lessor fails to perform its maintenance and repair obligations under this Lease, Lessee shall first notify Lessor in writing of the need for such maintenance or repair.

If Lessee notifies Lessor in writing of the need for maintenance or repair for which Lessor is responsible under this Lease, and if Lessor does not perform such repair or maintenance within a reasonable time, Lessee shall have the right to perform the required maintenance or repair, and to deduct Lessee's reasonable costs for such maintenance or repair from subsequent payments of rent.

**25.  Lessee Payments After Breach.**  Payments made by Lessee to Lessor after Lessee's breach of any provision of this Lease shall be deemed payments for use and occupancy of the Premises, and shall

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

not operate as a waiver of Lessor's right to terminate the Lease, and shall not extinguish any Lessor right or remedy arising from Lessee's breach.

**26. Holding Over.** In the event Lessee remains in possession of the Premises after the expiration of the Term of this Lease, or any earlier termination of this Lease, Lessee shall pay Lessor as rent for each day (or fraction thereof) that Lessee holds over, One Hundred Fifty Percent (150%) of the monthly rent for the month immediately prior to termination (including Base Rent, Tax Share and Insurance Share), prorated to a daily basis using a 30-day month.

**27. Public Liability Insurance.** Lessee shall, at its own expense, at all times during the term of this Lease, maintain in effect an insurance policy against liability for personal injury, death, or property damage occurring in or about the Premises. The liability limits of such policy shall be at least One Million Dollars ($1,000,000.00) combined limit for bodily injury and property damage. Such policy shall name Lessor as an additional insured.

If Lessee is to perform any modifications or improvements to the Premises, Lessee shall, at its own expense, at all times during such work, maintain in effect an employers' liability insurance policy against liability for the personal injury or death of construction workers in or about the Premises in such amounts as are required by applicable law. Such policy shall name Lessor as an additional insured.

Lessee shall indemnify and hold Lessor harmless from all claims, costs, losses and damages (including court costs and reasonable attorneys' fees) incurred by Lessor in connection with any personal injury, death, and property damage arising from Lessee's use of the Premises.

**28. Contents Insurance.** Lessee shall, at its own expense, at all times during the term of this Lease, maintain in effect an insurance policy which will insure Lessee against damage to inventory, fixtures and equipment in the Premises due to fire, theft or other casualty. The liability limits of such policy shall be at least one hundred percent 100% of the insurable replacement value thereof. Lessee shall, as long as this Lease is in effect,

FILED DATE: 11/1/2024 12:30 PM  2024CH09910

use the proceeds from such insurance to repair or replace the inventory, fixtures and equipment so insured.

**29. General Insurance Provisions.** All insurance policies shall be written by responsible insurance carriers reasonably approved by Lessor.

Lessor and Lessee each hereby waives any right and/or claim each might have against the other for damage to, or for the theft, destruction, loss, or loss of use, of any property, to the extent the same is insured against under any insurance policy the covers the building, the Premises, Lessor's or Lessee's fixtures, personal property, leasehold improvements, or business, or with respect to such matters as required to be insured under the terms of this Lease, regardless of whether the negligence of the other party caused such loss. Lessor's waiver under this paragraph shall not, however, include any deductible amounts on insurance policies carried by Lessor, nor any coinsurance penalty which Lessor may sustain. Each party shall cause its insurance carrier to endorse all applicable policies waiving the carrier's right of recovery under subrogation or otherwise against the other party.
Each policy shall contain a waiver by the insurer of any rights of subrogation or indemnity or other claim to which the insurer might otherwise be entitled against Lessor, its agents or employees.

Each policy shall also contain an undertaking by the insurer that no material change adverse to Lessor or Lessee will be made, and the policy will not lapse or be canceled, except after not less than 30 days' prior written notice to Lessor of the intended change, lapse, or cancellation.

Lessee shall furnish to Lessor, each year on the anniversary date of this Lease, certificates of insurance regarding the policies required by this Lease.

Failure of Lessee to obtain or maintain any insurance required by this Lease shall constitute a default under this Lease.

**30. Lessee Indemnity to Lessor.** Lessee does hereby indemnify and hold Lessor, its partners, shareholders, members, beneficiaries, officers, employees, agents and mortgagees harmless from and against all claims, liabilities, expenses, costs, attorneys' fees, court costs, losses, damages, penalties, fines,

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

liens and judgments whatsoever, which Lessor may sustain, incur or become liable for, or which may arise from the Premises, or which may be claimed against Lessor or the Premises by any person(s) (including Lessee) for any injuries to any person(s), for the death of any person(s), for any damage to property, or for any other injury or damage arising in any manner, directly or indirectly, from any of the following:

A. Any act, omission, neglect or fault of Lessee, or Lessee's shareholders, directors, officers, employees, agents, invitees, customers, patrons, and independent contractors, in the use or occupancy of the Premises;

B. Any bodily injury, death, or property damage on or about the Premises resulting from any cause;

C. The manufacture, storage, use, sale or giving away of intoxicating liquors in or from the Premises;

D. Any emission, presence, or suspected presence of environmentally hazardous substances brought on to the Premises by Lessee, or Lessee's shareholders, directors, officers, employees, agents, invitees, customers, patrons, and independent contractors;

E. Any failure by Lessee to comply with and conform to any terms, covenants, conditions, requirements and provisions of this Lease; and

F. Any failure by Lessee to comply with and conform to all laws, statutes, ordinances, rules, requirements and orders of the United States, Illinois, Cook County, the City of Chicago, in effect at any time that Lessee occupies the Premises.

If any lawsuits are filed against Lessor or the Premises on account of items A. – E., above, Lessee shall defend all such lawsuits on Lessor's behalf, and Lessee shall pay all judgments entered against Lessor or the Premises in such lawsuits.

Lessee shall pay Lessor the amounts due Lessor under this indemnity provision upon Lessor's demand for payment.

-10-

This indemnity provision shall be construed solely for the benefit of the parties explicitly identified above, and shall not be construed as conferring any rights or interests on any other party. This indemnity provision shall not be construed to modify, nullify or abate any right or cause of action that Lessee may otherwise have against anyone other than Lessor.

**31. Non-Liability of Lessor.** Except as otherwise provided by law, Lessor shall not be liable to Lessee for any personal injury to any person arising directly or indirectly from: (i) fire, storm, flood, civil unrest, or other cause beyond Lessor's control; (ii) Lessor's failure to repair as specified by this Lease; or (iii) from any defect, leak, back-up or other similar condition in or about the Premises, unless Lessor is responsible under this Lease for correcting the dangerous condition, Lessee has notified Lessor of such condition, and a reasonable time to correct the dangerous condition has elapsed after Lessor received notice of such condition.

Lessor shall not be liable for any property damage under any circumstances.

**32. Subordination of Lease.** Lessee's rights under this Lease are and shall be, at all times, subordinate and subject to the following: (i) any land lease, mortgage, deed of trust or other security instrument, encumbering the Premises upon the execution of this Lease or at any time in the future; (ii) all renewals, modifications, amendments, consolidations, replacements, or extensions of said security instruments; and (iii) all advances made at any time upon the security of said security instruments. This subordination shall be self-executing, and no further instrument of subordination shall be required to effect this subordination. Upon Lessor's request, Lessee shall promptly execute and deliver any document reasonably indicating this subordination, within ten (10) days of Lessee's request. If Lessee does not timely execute and deliver such document, Lessee hereby irrevocably appoints Lessor as attorney-in-fact for Lessee with full power and authority to execute and deliver in the name of Lessee any document stating that this Lease is subordinate to any land lease, mortgage, deed of trust or other security instrument, encumbering the Premises.

**33. Notice.** All notices to be given to Lessor under this

-11-

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

Lease shall be sent by Certified Mail with prepaid postage addressed to:

> Erin Kelley
> 1890 N Milwaukee Ave, Unit 1
> Chicago, IL 60647

All notices to be given to Lessee under this Lease shall be personally delivered to Lessee at the Premises.

Either party to designate by written notice a new address to which said notices may be sent.

**34.   Waiver of Trial by Jury**.   In a lawsuit by Lessor against Lessee for possession, rent or other amounts due under this Lease, and in a suit by Lessee against Lessor relating to this Lease, Lessee hereby waives the right to a trial by jury.

**35.   No Lessee Transfers of Interests in the Lease**.   Lessee shall not assign, transfer or convey in any other manner any of its rights or obligations under this Lease.   Lessee shall not sublease any part of the Premises to any third party, nor allow any third party to use any part of the Premises.   Lessor shall not allow any lien or claim on Lessee's interest in this Lease.

If Lessee is a legal entity other than a natural person, any change in the persons having direct or indirect control of the legal entity shall be considered a prohibited transfer of an interest in this Lease, and Lessee shall be considered in default under this Lease, unless and until Lessee notifies Lessor of such change, and Lessor consents to such change in writing.

**36.   Successors Bound**.   This Lease shall be binding upon all successors in interest to the parties, and upon all persons or entities claiming by, through or under the parties.

**37.   Partial Invalidity**.   If any provision of this Lease is found to be invalid or unenforceable by any court of competent jurisdiction, such determination shall not affect the validity of the same provision in any other jurisdiction, or the validity of any other provision of this Lease.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**38.   Entire Understanding.**   This Lease includes the entire understanding of the parties and supersedes all prior or contemporaneous agreements, statements or warranties, written or oral, with respect to the subject matter hereof.

**39.   Lease Amendments and Waivers in Writing.**   No amendment to this Lease, and no waiver of any right under this Lease, shall be valid unless and until it is incorporated in a written document and is signed by Lessor and Lessee.

**40.   No Implied Waiver by Lessor.**   No waiver, expressed or implied, by Lessor shall constitute a waiver of any subsequent breach by Lessee of any provision of this Lease.   Lessor's acceptance of delinquent amounts shall not constitute Lessor's waiver of such breach, except with respect to the payments accepted.   No action or remedy enforced by Lessor, and no judgment or enforcement of a judgment, shall waive any of Lessor's rights under the law.

**46.   Lessee Right To Notice Of Sale:**   So long as Lessee is not in default under this Lease, during the term or any extended term of this Lease, in the event Lessor contemplates the sale, transfer, or conveyance of the building of which the demised premises is a part (hereinafter the "Building"), or offers the building for sale, transfer or conveyance, or in the event a bona fide third party purchaser offers to buy the Building, the Lessor, prior to entering into any contract for the sale, transfer, or conveyance of the Building shall notify Lessee in writing that the Building is for sale.   Lessor agrees not to enter into any contract for the sale, transfer, or conveyance of the Building with any third party for fourteen (14) days immediately after Lessor gives Lessee written notice that the Building is for sale.   Lessor shall have complete discretion to accept or reject any offer from Lessee during that fourteen (14) day period, or at any other time.

**47.   Real Estate Taxes.**   Lessee further agrees to pay, as Additional Rent for the Premises all Taxes levied against the real property whereon the Premises are located (as hereinafter defined) which accrue during the Term of this Lease, and are levied, assessed  or become a lien imposed upon the Premises or any part thereof.

-13-

FILED DATE: 11/1/2024 12:30 PM 2024CH09910

IN WITNESS HEREOF, the parties have executed this Commercial Lease on the dates indicated below.

**LESSOR: Simply Smart Property LLC, an Illinois Limited Liability Company**

BY: _____

ITS: _Erin Kelly_____

**LESSEE: Simply Smart Technology LLC, an Illinois Limited Liability Company**

BY: _____

ITS: _Erin Kelly_____

# EXHIBIT 3

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

FILED DATE: 11/1/2024 12:30 PM   2024CH09910



# PROPOSAL
**1188- 2020**

1(847)-510-8114
**Email: amirgrabic@ankerco.org**
**Web: theankergroup.org**

**4857 Enfield #D**
**Skokie IL 60077**

**Proposal submitted to:** Erin
**Address:** 1890 N Milwaukee Ave, Chicago, IL 60647
**Date:** November 17, 2020
**Work Description:** Wall build out and Electrical

We hereby submit specifications to:  Erin

## Scope of Work

- Prepare work area at the beginning of each work day to keep clean working environment

- Remove ceiling fans and section of track light

- Build out 12' section of wall from floor to ceiling using 2 x 4 studs

- Build out out 8' walls using 2 x 4 studs

- Build out 4.5' cubicle walls using 2 x 4 studs

- Run new conduit pipe for 18 new 15amp outlets

- Install 20 new Data ports

- Hang 1/2" drywall on all new walls

- Tape and mud drywall 3 coats, sand down to smooth finish

- Patch all holes from electrical work

- Primer all new walls and areas of electrical patching

- Install new baseboard around new walls to match current 7" tall base

- Install new 7" baseboard where benches were removed

- remove and install new 5.5" baseboard in separate room

- Patch and caulk all new baseboards installed

**Total Cost: $13,435.00** Labor and materials included

**We hereby promise to furnish materials specified and provide labor - complete in accordance with above specifications in the amount specified above.**

Signature of acceptance                                    11/25/20

Signature of acceptance                                    Date

FILED DATE: 11/1/2024 12:30 PM    2024CH09910



# PROPOSAL
**1190- 2020**

1(847)-510-8114
**Email: amirgrabic@ankerco.org**
**Web: theankergroup.org**

**4857 Enfield #D**
**Skokie IL 60077**

**Proposal submitted to:** Erin
**Address:** 1890 N Milwaukee Ave, Chicago IL 60647
**Date**: November 24, 2020
**Work Description:** Patching and painting

We hereby submit specifications to:  Erin

## Scope of Work

- Furnish and install 1/4 round baseboard throughout entire area

- Caulk and patch all baseboard 1/4 rounds from nails and connections

- Patch entire ceiling from hook holes and minor imperfections

- Remove mirror glue and patch all walls from glue holes and minor imperfections

- Sand down ceiling and all walls to smooth finish

- Furnish 15+ gallons of primer and apply on ceilings and walls

- Paint entire ceiling 2 coats of choice of color by owner

**Total Cost: $4,860.00 Labor + material specified**

**We hereby promise to furnish materials specified and provide labor - complete in accordance**
**with above specifications in the amount specified above.**

_____          11/25/20
Signature of acceptance                          Date

FILED DATE: 11/1/2024 12:30 PM   2024CH09910



# Invoice #0000112

Ref: Price Quote #176
Issue Date: Nov 5, 2020
Due Date: Nov 6, 2020

**Special Floor , inc.**
764 North Walden Drive
Palatine, Illinois 60067-8641
United States
specialfloor.chicago@gmail.com
Phone: 3126180321

**Bill to:**
**Erin K.**
1890 N Milwaukee ave
Chicago , IL

**Additional Customer Info:**
erin@simplysmarttech.com

## refinishing floors

| Product or Service | Price | Quantity | Line Total |
|---|---|---|---|
| **Hardwood**<br>refinishing hardwood floors with stain and 3 cots varnish water base | $4,114.00 | 1 | $4,114.00 |

| | |
|---|---|
| **Subtotal** | **$4,114.00** |
| Taxes | $0.00 |
| Invoice Total | $4,114.00 |
| Amount Paid | $0.00 |
| Balance Due | **$4,114.00** |

# EXHIBIT 4

FILED DATE: 11/1/2024 12:30 PM    2024CH09910

**NexT**

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

Adam Whiteman
276 E Deerpath Suite 417
Lake Forest, IL 60045

October 25, 2024

Re:   Next Insurance Insured: Erin Kelley
      Next Insurance Claim Number: NXTC-ILCP-QHLJWL
      Claimant(s): Erin Kelley
      Date of Loss: May 2, 2024

Dear Adam Whiteman:

Thank you for your correspondence dated 10/22/2024, in which you disputed our denial of coverage for Erin Kelley's claim filed on 5/2/2024 for damage resulting from a sewage pipe that burst. After careful review and consideration of the facts and policy provisions, we regret to inform you that our decision remains unchanged.

We stand by our denial of this claim, as there is no limit for building coverage, the property was vacant at the time of the water damage, the loss was alleged to have been caused by the negligent work of a plumber, and the loss is excluded by the water exclusion.

We encourage you to forward any relevant case law you believe may impact our decision. We will be happy to review it thoroughly.

We understand the importance of resolving this matter promptly and fairly. As such, we are committed to carefully reviewing any additional information or legal precedents you provide. Please send any relevant case law or supporting documentation to Wendy Dye at w.dye@nextinsurance.com.   Once received, we will promptly assess its impact on our decision.

Thank you for your understanding in this matter. We value open communication and appreciate your efforts to advocate for your client. If you have any further questions or require additional information, please do not hesitate to contact me directly at (512)359-9551 or w.dye@nextinsurance.com.

Sincerely,

Wendy Dye
Claims Advocate
5123599551
w.dye@nextinsurance.com



FILED DATE: 11/1/2024 12:30 PM   2024CH09910

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto may be guilty of committing a fraudulent insurance act, which is a crime.

Next Insurance US Company reserves the right under the Policy and applicable law to cite additional policy provisions and coverage defenses as may be appropriate. This letter should not be construed as a waiver of any known or unknown defense that we may have under the Policy, nor does this letter waive or change any provisions or conditions in the Policy. This letter is premised upon information we currently have available to us and upon the terms and conditions of the Policy.

# EXHIBIT 5

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

B.E. Leak Free
(773) 712-8051

**Contractors Invoice**

WORK PERFORMED AT:

TO: Brendan Berry
1890 N. Milwaukee Ave #2B
Chicago IL 60647   313-550-7762

DATE: 05/01/24

YOUR WORK ORDER NO.

OUR BID NO.

**DESCRIPTION OF WORK PERFORMED**

Rodded Main Sink line under ground
from catch basin to building. For A/B
Side.

90 Days Warranty On Flow

CH # 1087
Paid In Full

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above

work and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 500⁰⁰ ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                                      Month              Day            Year

in accordance with our ☐ Agreement ☐ Proposal   No. _____ Dated _____ _____ _____
                                                                                   Month             Day          Year

adams NC3822                                                                                        09-11

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

FILED DATE: 11/1/2024 12:30 PM    2024CH09910

# EXHIBIT 6



FILED DATE: 11/1/2024 12:30 PM  2024CH09910

**Address:** 9934 S. 76th Ave. Suite B, Bridgeview, IL. 60455
**Phone:** (708) 375-5235   **Fax:** (708) 389-0319
**Web:** FourSeasonsPlumbingSewer.com   **Email:** HS@fshac.com

Four Seasons Home Services is pleased to present the following proposal for your consideration. Four Seasons only employs Licensed Plumbing Professionals for All Commercial and Residential Plumbing work. All work comes with our 100% Satisfaction Guarantee.

## Location Information:
0987743
SIMPLY SMART PROPERTY
1890 N MILWAUKEE AVE STE 1A
CHICAGO          IL 60647-4459
Email: ERIN.J.KELLEY@GMAIL.COM

**Date:** 5/2/2024
**Tech(s):** Joe Stephens
**Diagnosis:**
UPON ARRIVAL FOUND WATER LEAKING THROUGH DRYWALL CEILING OF UNIT 1A. SET LADDER UP AND TOOK DOWN LARGE SECTION OF DRYWALL TO DIAGNOSE THE SOURCE OF LEAK. DETECTED SUDDEN BREACH FOUND 4"×2" CAST IRON WYE WITH A HOLE IN THE BOTTOM OF IT, NEXT FITTING DOWN STREAM WAS A 4"×4"×4" CAST IRON COMBO, JUDGING BY THE 2" COPPER PIPES THAT DRAIN INTO 4" CAST IRON IT APPEARED TO BE THE MAIN DRAIN FOR THAT SIDE OF THE BUILDING. RETURN THE NEXT DAY TO CUT OUT FITTINGS AND SECTION OF PIPES TO MAKE REPAIR WITH NEW PIPE AND FITTINGS. A LIFT IS NEEDED TO MAKE REPAIRS.

---------------------------------------------------------------------------------------------------------------------------------------------

**Date**: 5/3/2024
**Tech(s)**: Joe Stephens. Tyler Wills.
**Work Completed:**
SUPPORTED CAST IRON PIPING BY INSTALLING CLEVIS HANGERS ON 3 SECTIONS OF SUSPENDED CAST IRON. CUT OUT SECTION OF LEAKING 2IN COPPER PIPE AND REPLACE WITH NEW. TESTED REPAIRS FOR LEAKS. PARKSIDE RESTORATION WILL RETURN TO CLEAN UP WORK AREA. WORK REQUIRED TWO PLUMBERS TO COMPLETE AS WELL AS A SCISSOR LIFT IN ORDER TO SAFELY MAKE THE REPAIRS. WORK WAS PLUMBED IN ACCORDANCE TO CODE AND HOLDS A 1 YEAR PARTS AND LABOR GUARENTEE.

---------------------------------------------------------------------------------------------------------------------------------------------

**Guarantees:**
Four Seasons offers a 1 year parts guarantee on materials supplied through the company. Four Seasons offers a 1 year labor

---------------------------------------------------------------------------------------------------------------------------------------------

**Total cost to include all labor and material:** $8,332.00
**Payment: Paid in full via CC 5/2/2024**

**Authorization:**
The above total reflects the pricing of specified items only. Any alteration or deviation from above specifications involving extra costs will be executed only upon written change orders, and will be an additional charge. Four Seasons offers an inclusive flat rate cost for the service. No itemization of work would be available.



**Address:** 9934 S. 76th Ave. Suite B, Bridgeview, IL. 60455
**Phone:** (708) 375-5235   **Fax:** (708) 389-0319
**Web:** FourSeasonsPlumbingSewer.com   **Email:** HS@fshac.com

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

# EXHIBIT 7

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

## Subject: We received your Next Insurance claim

 **Next Insurance** <claims@nextinsurance.com>                    Thu, May 2, 4:4
to erin



Dear Erin,

We understand that claims can be challenging for you and your business. Our goal is to make this process as smooth as possible for you.

We received your claim on Next Insurance US Company policy number NXTCKWKYLL-00-CP. Your claim number is **NXTC-ILCP-QHLJWL**.

We've assigned a Next Insurance claim advocate, Wendy Dye, to work with you to quickly resolve the claim so you can get back to focusing on your business. Your advocate will contact you within the next business day to discuss details. You can always call or text them directly at 5123599551 or email them at [w.dye@nextinsurance.com](mailto:w.dye@nextinsurance.com).

Wendy Dye will be your main contact throughout the claim process. If you have any questions or concerns before your advocate reaches out to you, please feel free to call us at 1-855-222-5919. We're happy to help in any way that we can.

Thank you for being a Next Insurance customer.

All the best,
The Next Insurance Team


*Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or a statement of claim containing any materially false information or conceals, for the*

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

# EXHIBIT 8



FILED DATE: 11/1/2024 12:30 PM   2024CH09910

Erin Kelley
1890 N Milwaukee Ave Ste 1
Chicago, IL 60647

May 3, 2024

Re:   Next Insurance Insured: Erin Kelley
      Next Insurance Claim Number: NXTC-ILCP-QHLJWL
      Claimant(s): Erin Kelley
      Date of Loss: May 2, 2024

Dear Erin,

Thank you for choosing Next Insurance for your business insurance needs. We strive to provide a fast and thorough response to every claim.

After reviewing your policy, we have determined that your insurance does not cover your claim for water damage. Per our telephone conversation today, your business location as listed in your commercial property policy has been vacant for a year and is currently up for sale. Your realtor entered the business location on the date of loss to find a water drainpipe had burst in the ceiling causing sewage/water damage to the ceiling, drywall and flooring. Your commercial property policy excludes water damage that backs up or overflows or is otherwise discharged from a sewer or drain. The policy also excludes coverage for damages caused by water if the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs.

On the following page, I have included the policy language that explains why the claim cannot be covered.

If you believe this decision was made in error or without consideration of additional information we weren't aware of, please provide details and documentation for further review. I can be reached at 512-359-9551 or w.dye@nextinsurance.com.

We strive to be transparent in our coverage. If you have questions about what your policy covers or areas where it could be updated, we're standing by to assist you. Please call (855) 222-5919 to speak with a Next Insurance advisor.

If you receive any legal paperwork please contact us and forward the documents to us immediately.

Thank you for your understanding in this matter, and for choosing Next Insurance to be your insurance provider.

Sincerely,

Wendy Dye
Claims Advocate
5123599551
w.dye@nextinsurance.com



FILED DATE: 11/1/2024 12:30 PM   2024CH09910

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto may be guilty of committing a fraudulent insurance act, which is a crime.

Next Insurance US Company reserves the right under the Policy and applicable law to cite additional policy provisions and coverage defenses as may be appropriate. This letter should not be construed as a waiver of any known or unknown defense that we may have under the Policy, nor does this letter waive or change any provisions or conditions in the Policy. This letter is premised upon information we currently have available to us and upon the terms and conditions of the Policy.



FILED DATE: 11/1/2024 12:30 PM   2024CH09910

"SECTION I - PROPERTY
A. Coverage
We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

B. Exclusions
We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

g. Water

(3) Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

B. Limits Of Insurance

8. Vacancy
a. Description Of Terms
(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in Paragraphs (a) and (b) below:
(a,) When this policy is issued to a tenant, and with respect to that tenant&#39;s interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.
(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:
(i) Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or
(ii) Used by the building owner to conduct customary operations.
(2) Buildings under construction or renovation are not considered vacant.
b. Vacancy Provisions
If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:
(1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:
(a) Vandalism;
(b) Sprinkler leakage, unless you have protected the system against freezing;
(c) Building glass breakage;
(d) Water damage;
(e) Theft; or
(f) Attempted theft."

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

# EXHIBIT 9

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

Wendy,

After our call, you sounded so scattered and confused, that I'm sincerely worried about your ability to be a level arbiter of this situation.

Beyond my concerns about our communications, it is clear to me that you are <u>acting in bad faith</u>.

I am formally requesting that this claim be transferred to another Next claim adjuster and re-reviewed.

When I purchased the policy, the section explaining what was not covered in my policy detailed that natural disasters such as earthquakes and floods were not covered. The damage to my unit was not caused by either. See the attached PDF.

Additionally, when I applied for the policy, there was no mention of a vacancy clause. As you noted, the space has been vacant for a year. It was fully vacant when I purchased the policy. At the time of purchase, there were no exclusion criteria presented for vacant properties and no option presented to add additional coverage for vacant properties.

Next effectively sold me a policy that I could not use.

My next step is to contact the Illinois Department of Insurance.

Thank you,
Erin

---

**From:** Wendy Dye <w.dye@nextinsurance.com>
**Sent:** Friday, May 3, 2024 2:48 PM
**To:** Erin Kelley <erin@erinkelley.com>
**Subject:** Important information about your Next Insurance claim



FILED DATE: 11/1/2024 12:30 PM   2024CH09910

Dear Erin,

Thank you for the opportunity to assist you.

Attached is an important letter about your claim, NXTC-ILCP-QHLJWL. If you have any questions or concerns, please contact your Claims Advocate directly by replying to this email. You can also call or text your Claims Advocate at the previously provided phone number.

Sincerely,
The Next Insurance Team

© 2024 NEXT Insurance Inc. All Rights Reserved.

CA License #: 0K83405

Our Mailing Address is:

PO Box 60787, Palo Alto, CA 94306

NEXT acts as an agent that represents insurance companies to whom it will submit your insurance application and from whom it will procure your insurance coverage. The list of carriers we currently use and that might bind you are: Next Insurance US Company; State National Insurance Company; and National Specialty Insurance Company. The list of agencies we currently use and that might represent us: Next Insurance, Inc. Next First Insurance Agency, Inc., AP Intego Insurance Group, LLC., and third-party agency partners.

Was this email helpful?  

Case: 1:24-cv-12385 Document #: 1-2 Filed: 12/02/24 Page 115 of 127 PageID #:121

FILED DATE: 11/1/2024 12:30 PM 2024CH09910

🌐 Español    Help    Logout    Certificates    **Coverage**    Account    C

← **Commercial Property**

# $20.09/mo

**ACTIVE**   NXTCKWKYLL-00-CP

Effective: 03/08/2024

---

## General Limits

Business Personal Property Per Claim
## $20K

New Business Personal Property
## $100K

[See full coverage](#)

Manage coverage

<div style="border:1px solid #2f80ed; border-radius:30px; text-align:center; color:#2f80ed; padding:10px;">Download policy</div>

<div style="border:1px solid #eb2f5b; border-radius:30px; text-align:center; color:#eb2f5b; padding:10px;">Cancel Coverage</div>

## What's covered   ⌃

Business Personal Property - Fire

Business Personal Property - Theft

Business Personal Property



Case: 1:24-cv-12385 Document #: 1-2 Filed: 12/02/24 Page 116 of 127 PageID #:122

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

🌐 Español     Help     Logout     Certificates     **Coverage**     Account     C

Debris Removal

## What's not covered     ⌃

An earthquake occurs and the shaking causes damage to the shelving at your business location.

A flood in your area occurs and causes damage to property at your place of business.



## Explore Commercial Property in depth

Read what the experts have to say about Commercial Property- what it is, why it's important, and what it covers (and doesn't cover).

View coverage information

Español

Terms of use     Privacy policy

© 2024 Next Insurance Inc.



5/3/24, 3:31 PM
Case: 1:24-cv-12385 Document #: 1-2 Filed: 12/02/24 Page 117 of 127 PageID #:123
Next insurance / coverage details

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

# EXHIBIT 10

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

**NexT**

FILED DATE: 11/1/2024 12:30 PM    2024CH09910

Erin Kelley
1890 N Milwaukee Ave Ste 1
Chicago, IL 60647

May 6, 2024

Re:   Next Insurance Insured: Erin Kelley
      Next Insurance Claim Number: NXTC-ILCP-QHLJWL
      Claimant(s): Erin Kelley
      Date of Loss: May 2, 2024

Dear Erin:

In response to your email dated 5/4/24, your claim was denied due to the policy's exclusion for water damage resulting from a drain line leak.  We sent you the denial letter on 5/3/24 with policy language that states why the claim cannot be covered.

If you believe this decision was made in error or without consideration of additional information we weren't aware of, please provide details and documentation for further review. I can be reached at 512-359-9551 or w.dye@nextinsurance.com.

We strive to be transparent in our coverage. If you have questions about what your policy covers or areas where it could be updated, we're standing by to assist you. Please call (855) 222-5919 to speak with a Next Insurance advisor.

If you receive any legal paperwork please contact us and forward the documents to us immediately.

Sincerely,

Wendy Dye
Claims Advocate
5123599551
w.dye@nextinsurance.com

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto may be guilty of committing a fraudulent insurance act, which is a crime.



FILED DATE: 11/1/2024 12:30 PM   2024CH09910

""

# EXHIBIT 11

FILED DATE: 11/1/2024 12:30 PM    2024CH09910

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

# LATIMER LeVAY FYOCK LLC



**William A. Castle**
**(312) 736-1985**
**wcastle@llflegal.com**

June 12, 2024

*Via Email w.dye@nextinsurance.com*
*and Regular Mail*
Ms. Wendy Dye
Claims Advocate, Next Insurance
P.O. Box 60787
Palo Alto, CA 94306

Re:    Insured:    Erin Kelley
          Claim no.:    NXTC-ILCP-QHJWL
          Claimant:    Erin Kelley
          Date of Loss:  May 2, 2024

Dear Ms. Dye:

Our office has been engaged by your customer and insured, Ms. Erin Kelley, in relation to her above-referenced claim. We are in receipt of Next Insurance's ("Next") May 3rd, May 6th and May 10th, 2024 letters to Ms. Kelley denying her claim and attempting to provide an explanation of Next's denial of her claim. It continues to be Ms. Kelley's position that her claim is covered under her policy with Next.

Next states that the policy excludes coverage for damage caused by "Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment." (Policy, Sec. I.B.g(3)). In Ms. Kelley's case, there is no dispute that the water from the drainpipe did not occur as a result of a back up or overflow. The leak occurred as a result of a plumber hired by the building's association who punctured the drainpipe, not as a result of a discharge from the drainpipe which might normally occur in the event of a back-up, overflow or otherwise. This being the case, it is Ms. Kelley's position that the damage sustained on her premises is covered by her policy.

FILED DATE: 11/1/2024 12:30 PM   2024CH09910

Page Two of Two
Ms. Wendy Dye
June 12, 2024


Ms. Kelley therefore renews her demand that her above-referenced claim be covered by Next. Please advise as soon as possible so that Ms. Kelley can take the next appropriate measures.


Very truly yours,


William A. Castle, Jr.


cc:      Erin Kelley (erin@erinkelley.com)

# EXHIBIT 12

FILED DATE: 11/1/2024 12:30 PM    2024CH09910



FILED DATE: 11/1/2024 12:30 PM   2024CH09910

August 25, 2024

Illinois Department of Financial
and Professional Regulation
Consumer Services Section
320 W. Washington Street
Springfield, Illinois 62767

Re:     Complaint number:          00502244
        Policy Number:             NXTCKWKYLL-00-CP
        Claim Number:              NXTC-ILCP-QHLJWL
        Complainant:               Erin Kelley
        Insured:                   Erin Kelley / Simply Smart Technology LLC

Dear  Jared,

Thank you for your letter, dated July 17, 2024. The Commercial Property policy of the
referenced insured was provided by Next Insurance US Company, (NAIC: 16285), whose
mailing address is 975 California Ave, Palo Alto, California, 94304. Next Claims Management,
Inc. provides claims-adjusting services on behalf of Next Insurance, Inc. ("NEXT"), a General
Agency for State National Insurance Company, Inc. (or Next Insurance US Company).In the
matter of the consumer complaint of Erin Kelley, please accept the following response.

On March 8, 2024, the Insured, Erin Kelley, on behalf of Simply Smart Technology LLC,
purchased an Illinois Commercial Property policy, NXTCKWKYLL-00-CP, effective that same
day.

On May 2, 2024, the Insured reported a loss to NEXT stemming from a burst sewage pipe at
her commercial property (located at 1890 N Milwaukee Ave, Suite 1, Chicago, IL). The pipe
burst was caused by a contractor hired by the building's association who punctured a drainpipe
during their work. This incident resulted in water damage to the drywall ceiling, flooring, and
other areas of the property.

On May 3, 2024, NEXT assigned Claims Advocate Wendy Dye to investigate the matter. That
same day, the Claims Advocate spoke with the Insured about the details of the loss. The
Insured, Erin Kelley, explained that the location was vacant and currently under contract for
sale. The realtor brought someone in to do an environmental survey, and when they walked in,
water was pouring out of the ceiling. The realtor contacted the Insured to let her know, and she



FILED DATE: 11/1/2024 12:30 PM 2024CH09910

immediately called to get a plumber and restoration company out there. The Insured explained that Simply Smart, the company she owns and is insured under the Commercial Property policy, had moved out of the premises. Simply Smart Properties is another business the Insured owns, which is the owner of the space, and the Insured advised she has been trying to sell for over a year. The Insured's Commercial Property policy does not include building coverage. During the same call, the Claims Advocate explained to the Insured that she has coverage for her business personal property from a covered cause of loss but that discharge from a sewer or drain line was excluded from the policy. The Insured advised that her attorney would contact NEXT, the Claims Advocate requested that the Insured provide a letter of representation from her attorney.

On May 3, 2024, a denial letter, which included the water exclusion and the vacancy provision, was drafted and sent to the Insured, and the claim was closed.

On May 6, 2024, the Insured emailed the Claims Advocate, explaining that she disagreed with the coverage denial. She explained that when she bought her policy, the only causes not covered were natural disasters such as earthquakes and floods, as the damage to her unit was not caused by either, she felt coverage should be afforded. She also advised there was no mention of the vacancy clause and again advised that her unit has been vacant for over a year. The Claims Advocate responded to the Insured, once more explaining the coverage denial as water discharge from a drain line is excluded due to the 60-day vacancy provision.

On May 9, 2024, the Claims Advocate received and reviewed the plumber's report pertaining to the loss, which confirmed that the leak came from a cast iron wye, a pipe fitting used on a drain line. The claim remained closed as the denial stood.

On June 13, 2024, the remediation estimate was received with an email chain from the water mitigation company requesting an explanation of the coverage denial. The letter also explained the insurance company for the HOA will be taking care of the water mitigation. A letter of representation from the Insured's attorney was also received. Per the letter from the attorney, the loss was caused by negligent work from a contractor. The Claims Advocate responded to the attorney advising that negligent work is also excluded from the policy and explained the water damage exclusion and vacancy provision. The Claims Advocate drafted an additional denial letter, which included the negligent work exclusion. The claim remained closed at this time.

As of the date of this letter, the claim remains closed. If you have any questions or need further information, please do not hesitate to contact us.

Respectfully,

Jenny Lack

FILED DATE: 11/1/2024 12:30 PM   2024CH09910



Claims Manager

Marc Kildare
Compliance Specialist

Next Insurance
doicomplaints@next-insurance.com

---

Next Insurance, Inc. • 975 California Ave, Palo Alto, CA 94304