IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SIMPLY SMART TECHNOLOGY, LLC<br>Plaintiff,<br><br>v.<br><br>NEXT INSURANCE, INC.<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:24-cv-12385 |

## JOINT MOTION TO REMAND

TO THE HONORABLE JUDGE OF THIS COURT:

Simply Smart Technology, LLC, seeks to remand this matter to state court following stipulation as to the reduction of the amount in controversy as follows:

1. Defendant, Next Insurance US Company (incorrectly sued as Next Insurance, Inc:) has been sued in a civil action styled Cause No. 2024CH09910; Simply Smart Technology, LLC v. Next Insurance, Inc.; in the Cook County Circuit Court, Chancery Division, Illinois (hereafter referred to as "the State Court Action").

2. Plaintiff filed the Complaint in the State Court Action on November 1, 2024. Next Insurance US Company (incorrectly sued as Next Insurance) filed a timely notice of removal on 12/02/2024 pursuant to the provisions of 28 U.S.C. §1441, et. seq.

3. Plaintiff and Defendant have jointly agreed that the matter can be remanded to the State Court Action and to a stipulation to the reduction of the amount in controversy to an amount below $75,000 (See attached **Exhibit 1**)

4. This petition is brought within 30 days of the filing of the notice of removal pursuant to 28 U.S.C. §1447.

Respectfully submitted,

/s/ Adam Whiteman
_____          Date: 12.18.2024
Adam Whiteman, Attorney for Simply Smart Technology, LLC


_____          Date:_____
Chad Gauntt, Attorney for Next Insurance US Company

Docusign Envelope ID: 81BE17F3-BE01-4124-A0E7-2E9D6EB2D53F

Adam Whiteman | **Whiteman Law**
276 E. Deerpath, Lake Forest, IL 60045
(312) 655-1000
Adam@WhitemanLaw.com
ARDC: 6208515

## CERTIFICATE OF SERVICE

    This pleading was served in compliance with Rule 5 Federal Rules of Civil Procedure on December 18, 2024, via facsimile, first class regular mail, certified mail, return receipt requested and/or electronically:

William G. Albee
Illinois State Bar No. 6326531
25700 I-45 North, Suite 130
Spring, Texas 77386
Telephone: 281-367-6555
Facsimile: 281-367-3705
Email: william.albee@gkbklaw.com
Counsel for Defendant
Next Insurance US Company

                /s/ *Adam Whiteman*
                Adam Whiteman

Docusign Envelope ID: 81BE17F3-BE01-4124-A0E7-2E9D6EB2D53F

# EXHIBIT 1

COOK COUNTY CIRCUIT COURT
CHANCERY DIVISION

SIMPLY SMART TECHNOLOGY, LLC )
)
v. ) 2024CH09910
)
NEXT INSURANCE US COMPANY )
(INCORRECTLY SUED AS NEXT )
INSURANCE, INC. )

JOINT STIPULATION FOR REMAND

1. Plaintiff, Simply Smart Technology, LLC, (Simply Smart), filed the above-captioned complaint in the Cook County Circuit Court, Chancery Division.

2. Plaintiff hereby stipulates that the matter in controversy will not exceed the sum or value of $75,000, exclusive of interest and costs and will file an amended complaint reflecting this stipulation upon remand to the state court. Plaintiff stipulates that it will never seek to recover more than $75,000 exclusive of interest and costs, will make no amendment to any pleading at any time in this matter (or the remanded matter) that seeks an amount in excess of $75,000 exclusive of interest and costs and, in the unlikely event that a judgment or award is made in excess of $75,000 exclusive of interests and costs, Plaintiff's recovery will be limited to and will never exceed $75,000 exclusive of interests and costs and Plaintiff will make no demand or effort for any amount in excess of this.

3. Defendant accepts Plaintiff's stipulation as to reduction of the amount in controversy and does not object to the remand of this matter to state court.

Respectfully submitted,

_____ Date: 12/17/2024
Erin Kelly, as Manager for Simply Smart Technology, LLC

_____ Date: 12/18/2024
Chad Gauntt, Attorney for Next Insurance US Company


Adam Whiteman | **Whiteman Law**
276 E. Deerpath, Lake Forest, IL 60045
(312) 655-1000
Adam@WhitemanLaw.com
Cook County Attorney No. 59886
ARDC: 6208515